

December 2009
EPA/600/R-08/139F

# Integrated Science Assessment for Particulate Matter

Includes Errata Sheet created on 2/10/2010

National Center for Environmental Assessment-RTP Division
Office of Research and Development
U.S. Environmental Protection Agency
Research Triangle Park, NC

# Chapter 2. Integrative Health and Welfare Effects Overview

The subsequent chapters of this ISA will present the most policy-relevant information related to this review of the NAAQS for PM. This chapter integrates the key findings from the disciplines evaluated in this current assessment of the PM scientific literature, which includes the atmospheric sciences, ambient air data analyses, exposure assessment, dosimetry, health studies (e.g., toxicological, controlled human exposure, and epidemiologic), and welfare effects. The EPA framework for causal determinations described in Chapter 1 has been applied to the body of scientific evidence in order to collectively examine the health or welfare effects attributed to PM exposure in a two-step process.

As described in Chapter 1, EPA assesses the results of recent relevant publications, building upon evidence available during the previous NAAQS reviews, to draw conclusions on the causal relationships between relevant pollutant exposures and health or environmental effects. This ISA uses a five-level hierarchy that classifies the weight of evidence for causation:

- Causal relationship
- Likely to be a causal relationship
- Suggestive of a causal relationship
- Inadequate to infer a causal relationship
- Not likely to be a causal relationship

Beyond judgments regarding causality are questions relevant to quantifying health or environmental risks based on our understanding of the quantitative relationships between pollutant exposures and health or welfare effects. Once a determination is made regarding the causal relationship between the pollutant and outcome category, important questions regarding quantitative relationships include:

- What is the concentration-response or dose-response relationship?
- Under what exposure conditions (amount deposited, dose or concentration, duration and pattern) are effects observed?
- What populations appear to be differentially affected (i.e., more susceptible) to effects?
- What elements of the ecosystem (e.g., types, regions, taxonomic groups, populations, functions, etc.) appear to be affected, or are more sensitive to effects?

To address these questions, in the second step of the EPA framework, the entirety of quantitative evidence is evaluated to identify and characterize potential concentration-response relationships. This requires evaluation of levels of pollutant and exposure durations at which effects were observed for exposed populations including potentially susceptible populations.

This chapter summarizes and integrates the newly available scientific evidence that best informs consideration of the policy-relevant questions that frame this assessment, presented in Chapter 1. Section 2.1 discusses the trends in ambient concentrations and sources of PM and provides a brief summary of ambient air quality. Section 2.2 presents the evidence regarding personal exposure to ambient PM in outdoor and indoor microenvironments, and it discusses the

---

- Note: Hyperlinks to the reference citations throughout this document will take you to the NCEA HERO database (Health and Environmental Research Online) at http://epa.gov/hero. HERO is a database of scientific literature used by U.S. EPA in the process of developing science assessments such as the Integrated Science Assessments (ISA) and the Integrated Risk Information System (IRIS).

markers of systemic oxidative stress (Sections 6.2.1 and 6.2.9, respectively). Additional but inconsistent effects of $PM_{2.5}$ on blood pressure (BP), blood coagulation markers, and markers of systemic inflammation have also been reported across disciplines. Toxicological studies have provided biologically plausible mechanisms (e.g., increased right ventricular pressure and diminished cardiac contractility) for the associations observed between $PM_{2.5}$ and CHF in epidemiologic studies.

Together, the collective evidence from epidemiologic, controlled human exposure, and toxicological studies is sufficient to conclude that **a causal relationship exists between short-term exposures to $PM_{2.5}$ and cardiovascular effects.**

### Respiratory Effects

The recent epidemiologic studies evaluated report consistent positive associations between short-term exposure to $PM_{2.5}$ and respiratory ED visits and hospital admissions for chronic obstructive pulmonary disease (COPD) and respiratory infections (Section 6.3). Positive associations were also observed for asthma ED visits and hospital admissions for adults and children combined, but effect estimates are imprecise and not consistently positive for children alone. Most studies reported effects in the range of ~1% to 4% increase in respiratory hospital admissions and ED visits and were observed in study locations with mean 24-h avg $PM_{2.5}$ concentrations ranging from 6.1-22 $\mu g/m^3$. Additionally, multicity epidemiologic studies reported consistent positive associations between short-term exposure to $PM_{2.5}$ and respiratory mortality as well as regional and seasonal variability in risk estimates. The multicity studies evaluated reported consistent, precise increases in respiratory mortality ranging from 1.67 to 2.20% in study locations with mean 24-h avg $PM_{2.5}$ concentrations above 12.8 $\mu g/m^3$ (Table 6-15). Evidence for $PM_{2.5}$-related respiratory effects was also observed in panel studies, which indicate associations with respiratory symptoms, pulmonary function, and pulmonary inflammation among asthmatic children. Although not consistently observed, some controlled human exposure studies have reported small decrements in various measures of pulmonary function following controlled exposures to $PM_{2.5}$ (Section 6.3.2.2).

Controlled human exposure studies using adult volunteers have demonstrated increased markers of pulmonary inflammation following exposure to a variety of different particle types; oxidative responses to DE and wood smoke; and exacerbations of allergic responses and allergic sensitization following exposure to DE particles (Section 6.3). Toxicological studies have provided additional support for $PM_{2.5}$-related respiratory effects through inhalation exposures of animals to CAPs, DE, other traffic-related PM and wood smoke. These studies reported an array of respiratory effects including altered pulmonary function, mild pulmonary inflammation and injury, oxidative responses, airway hyperresponsiveness (AHR) in allergic and non-allergic animals, exacerbations of allergic responses, and increased susceptibility to infections (Section 6.3).

Overall, the evidence for an effect of $PM_{2.5}$ on respiratory outcomes is somewhat restricted by limited coherence between some of the findings from epidemiologic and controlled human exposure studies for the specific health outcomes reported and the sub-populations in which those health outcomes occur. Epidemiologic studies have reported variable results among specific respiratory outcomes, specifically in asthmatics (e.g., increased respiratory symptoms in asthmatic children, but not increased asthma hospital admissions and ED visits) (Section 6.3.8). Additionally, respiratory effects have not been consistently demonstrated following controlled exposures to $PM_{2.5}$ among asthmatics or individuals with COPD. Collectively, the epidemiologic, controlled human exposure, and toxicological studies evaluated demonstrate a wide range of respiratory responses, and although results are not fully consistent and coherent across studies the evidence is sufficient to conclude that **a causal relationship is likely to exist between short-term exposures to $PM_{2.5}$ and respiratory effects.**

### Mortality

An evaluation of the epidemiologic literature indicates consistent positive associations between short-term exposure to $PM_{2.5}$ and all-cause, cardiovascular-, and respiratory-related mortality (Section 6.5.2.2.). The evaluation of multicity studies found that consistent and precise risk estimates for all-cause (nonaccidental) mortality that ranged from 0.29 to 1.21% per 10 $\mu g/m^3$

increase in $PM_{2.5}$ at lags of 1 and 0-1 days. In these study locations, mean 24-h avg $PM_{2.5}$ concentrations were 12.8 µg/m³ and above (Table 6-15). Cardiovascular-related mortality risk estimates were found to be similar to those for all-cause mortality; whereas, the risk estimates for respiratory-related mortality were consistently larger (i.e., 1.01-2.2%) using the same lag periods and averaging indices. The studies evaluated that examined the relationship between short-term exposure to $PM_{2.5}$ and cardiovascular effects (Section 6.2) provide coherence and biological plausibility for $PM_{2.5}$-induced cardiovascular mortality, which represents the largest component of total (nonaccidental) mortality (~ 35%) (American Heart Association, 2009, 198920). However, as noted in Section 6.3, there is limited coherence between some of the respiratory morbidity findings from epidemiologic and controlled human exposure studies for the specific health outcomes reported and the subpopultions in which those health outcomes occur, complicating the interpretation of the $PM_{2.5}$ respiratory mortality effects observed. Regional and seasonal patterns in $PM_{2.5}$ risk estimates were observed with the greatest effect estimates occurring in the eastern U.S. and during the spring. Of the studies evaluated only Burnett et al. (2004, 086247), a Canadian multicity study, analyzed gaseous pollutants and found mixed results, with possible confounding of $PM_{2.5}$ risk estimates by $NO_2$. Although the recently evaluated U.S.-based multicity studies did not analyze potential confounding of $PM_{2.5}$ risk estimates by gaseous pollutants, evidence from the limited number of single-city studies evaluated in the 2004 PM AQCD (U.S. EPA, 2004, 056905) suggest that gaseous copollutants do not confound the $PM_{2.5}$-mortality association. This is further supported by studies that examined the $PM_{10}$-mortality relationship. An examination of effect modifiers (e.g., demographic and socioeconomic factors), specifically air conditioning use as an indicator for decreased pollutant penetration indoors, has suggested that $PM_{2.5}$ risk estimates increase as the percent of the population with access to air conditioning decreases. Collectively, the epidemiologic literature provides evidence that **a causal relationship exists between short-term exposures to $PM_{2.5}$ and mortality.**

## 2.3.1.2.   Effects of Long-Term Exposure to $PM_{2.5}$

**Table 2-2.    Summary of causal determinations for long-term exposure to $PM_{2.5}$.**

| Size Fraction | Outcome | Causality Determination |
|---|---|---|
| $PM_{2.5}$ | Cardiovascular Effects | Causal |
| | Respiratory Effects | Likely to be causal |
| | Mortality | Causal |
| | Reproductive and Developmental | Suggestive |
| | Cancer, Mutagenicity, and Genotoxicity | Suggestive |

### Cardiovascular Effects

The strongest evidence for cardiovascular health effects related to long-term exposure to $PM_{2.5}$ comes from large, multicity U.S.-based studies, which provide consistent evidence of an association between long-term exposure to $PM_{2.5}$ and cardiovascular mortality (Section 7.2.10). These associations are supported by a large U.S.-based epidemiologic study (i.e., Women's Health Initiative [WHI] study) that reports associations between $PM_{2.5}$ and CVDs among post-menopausal women using a 1-yr avg $PM_{2.5}$ concentration (mean = 13.5 µg/m³) (Section 7.2). However, epidemiologic studies that examined subclinical markers of CVD report inconsistent findings. Epidemiologic studies have also provided some evidence for potential modification of the $PM_{2.5}$-CVD association when examining individual-level data, specifically smoking status and the use of anti-

hyperlipidemics. Although epidemiologic studies have not consistently detected effects on markers of atherosclerosis due to long-term exposure to $PM_{2.5}$, toxicological studies have provided strong evidence for accelerated development of atherosclerosis in $ApoE^{-/-}$ mice exposed to CAPs and have shown effects on coagulation, experimentally-induced hypertension, and vascular reactivity (Section 7.2.1.2). Evidence from toxicological studies provides biological plausibility and coherence with studies of short-term exposure and cardiovascular morbidity and mortality, as well as with studies that examined long-term exposure to $PM_{2.5}$ and cardiovascular mortality. Taken together, the evidence from epidemiologic and toxicological studies is sufficient to conclude that **a causal relationship exists between long-term exposures to $PM_{2.5}$ and cardiovascular effects.**

### Respiratory Effects

Recent epidemiologic studies conducted in the U.S. and abroad provide evidence of associations between long-term exposure to $PM_{2.5}$ and decrements in lung function growth, increased respiratory symptoms, and asthma development in study locations with mean $PM_{2.5}$ concentrations ranging from 13.8 to 30 $\mu g/m^3$ during the study periods (Section 7.3.1.1 and Section 7.3.2.1). These results are supported by studies that observed associations between long-term exposure to $PM_{10}$ and an increase in respiratory symptoms and reductions in lung function growth in areas where $PM_{10}$ is dominated by $PM_{2.5}$. However, the evidence to support an association with long-term exposure to $PM_{2.5}$ and respiratory mortality is limited (Figure 7-7). Subchronic and chronic toxicological studies of CAPs, DE, roadway air and woodsmoke provide coherence and biological plausibility for the effects observed in the epidemiologic studies. These toxicological studies have presented some evidence for altered pulmonary function, mild inflammation, oxidative responses, immune suppression, and histopathological changes including mucus cell hyperplasia (Section 7.3). Exacerbated allergic responses have been demonstrated in animals exposed to DE and wood smoke. In addition, pre- and postnatal exposure to ambient levels of urban particles was found to affect lung development in an animal model. This finding is important because impaired lung development is one mechanism by which PM exposure may decrease lung function growth in children. Collectively, the evidence from epidemiologic and toxicological studies is sufficient to conclude that **a causal relationship is likely to exist between long-term exposures to $PM_{2.5}$ and respiratory effects.**

### Mortality

The recent epidemiologic literature reports associations between long-term $PM_{2.5}$ exposure and increased risk of mortality. Mean $PM_{2.5}$ concentrations ranged from 13.2 to 29 $\mu g/m^3$ during the study period in these areas (Section 7.6). When evaluating cause-specific mortality, the strongest evidence can be found when examining associations between $PM_{2.5}$ and cardiovascular mortality, and positive associations were also reported between $PM_{2.5}$ and lung cancer mortality (Figure 7-7). The cardiovascular mortality association has been confirmed further by the extended Harvard Six Cities and American Cancer Society studies, which both report strong associations between long-term exposure to $PM_{2.5}$ and cardiopulmonary and IHD mortality (Figure 7-7). Additional new evidence from a study that used the WHI cohort found a particularly strong association between long-term exposure to $PM_{2.5}$ and CVD mortality in post-menopausal women. Fewer studies have evaluated the respiratory component of cardiopulmonary mortality, and, as a result, the evidence to support an association with long-term exposure to $PM_{2.5}$ and respiratory mortality is limited (Figure 7-7). The evidence for cardiovascular and respiratory morbidity due to short- and long-term exposure to $PM_{2.5}$ provides biological plausibility for cardiovascular- and respiratory-related mortality. Collectively, the evidence is sufficient to conclude that **a causal relationship exists between long-term exposures to $PM_{2.5}$ and mortality.**

admission (Section 6.3.8). Longer lag periods were also found to be most strongly associated with asthma hospital admissions and ED visits in children (3-5 days) with some evidence for more immediate effects in older adults (lags of 0 and 1 day), but these observations were not consistent across studies (Section 6.3.8). These variable results could be due to the biological complexity of asthma, which inhibits the identification of a specific lag period. The longer lag times identified in the epidemiologic studies evaluated are biologically plausible considering that PM effects on allergic sensitization and lung immune defenses have been observed in controlled human exposure and toxicological studies. These effects could lead to respiratory illnesses over a longer time course (e.g., within several days respiratory infection may become evident, resulting in respiratory symptoms or a hospital admission). However, inflammatory responses, which contribute to some forms of asthma, may result in symptoms requiring medical care within a shorter time frame (e.g., 0-1 days).

### 2.4.2.3. PM-Mortality Associations

Epidemiologic studies that focused on the association between short-term PM exposure and mortality (i.e., all-cause, cardiovascular, and respiratory) mostly examined a priori lag structures of either 1 or 0-1 days. Although mortality studies do not often examine alternative lag structures, the selection of the aforementioned a priori lag days has been confirmed in additional studies, with the strongest PM-mortality associations consistently being observed at lag 1 and 0-1-days (Section 6.5). However, of note is recent evidence for larger effect estimates when using a distributed lag model.

Epidemiologic studies that examined the association between long-term exposure to PM and mortality have also attempted to identify the latency period from PM exposure to death (Section 7.6.4). Results of the lag comparisons from several cohort studies indicate that the effects of changes in exposure on mortality are seen within five years, with the strongest evidence for effects observed within the first two years. Additionally, there is evidence, albeit from one study, that the mortality effect had larger cumulative effects spread over the follow-up year and three preceding years.

## 2.4.3. PM Concentration-Response Relationship

An important consideration in characterizing the PM-morbidity and mortality association is whether the concentration-response relationship is linear across the full concentration range that is encountered or if there are concentration ranges where there are departures from linearity (i.e., nonlinearity). In this ISA studies have been identified that attempt to characterize the shape of the concentration-response curve along with possible PM "thresholds" (i.e., levels which PM concentrations must exceed in order to elicit a health response). The epidemiologic studies evaluated that examined the shape of the concentration-response curve and the potential presence of a threshold have focused on cardiovascular hospital admissions and ED visits and mortality associated with short-term exposure to $PM_{10}$ and mortality associated with long-term exposure to $PM_{2.5}$.

A limited number of studies have been identified that examined the shape of the PM-cardiovascular hospital admission and ED visit concentration-response relationship. Of these studies, some conducted an exploratory analysis during model selection to determine if a linear curve most adequately represented the concentration-response relationship; whereas, only one study conducted an extensive analysis to examine the shape of the concentration-response curve at different concentrations (Section 6.2.10.10). Overall, the limited evidence from the studies evaluated supports the use of a no-threshold, log-linear model, which is consistent with the observations made in studies that examined the PM-mortality relationship.

Although multiple studies have previously examined the PM-mortality concentration-response relationship and whether a threshold exists, more complex statistical analyses continue to be developed to analyze this association. Using a variety of methods and models, most of the studies evaluated support the use of a no-threshold, log-linear model; however, one study did observe heterogeneity in the shape of the concentration-response curve across cities (Section 6.5). Overall, the studies evaluated further support the use of a no-threshold log-linear model, but additional issues such as the influence of heterogeneity in estimates between cities, and the effect of seasonal and regional differences in PM on the concentration-response relationship still require further investigation.

In addition to examining the concentration-response relationship between short-term exposure to PM and mortality, Schwartz et al. (2008, 156963) conducted an analysis of the shape of the concentration-response relationship associated with long-term exposure to PM. Using a variety of statistical methods, the concentration-response curve was found to be indistinguishable from linear, and, therefore, little evidence was observed to suggest that a threshold exists in the association between long-term exposure to $PM_{2.5}$ and the risk of death (Section 7.6).

## 2.4.4. PM Sources and Constituents Linked to Health Effects

Recent epidemiologic, toxicological, and controlled human exposure studies have evaluated the health effects associated with ambient PM constituents and sources, using a variety of quantitative methods applied to a broad set of PM constituents, rather than selecting a few constituents a priori (Section 6.6). There is some evidence for trends and patterns that link particular ambient PM constituents or sources with specific health outcomes, but there is insufficient evidence to determine whether these patterns are consistent or robust.

For cardiovascular effects, multiple outcomes have been linked to a $PM_{2.5}$ crustal/soil/road dust source, including cardiovascular mortality and ST-segment changes. Additional studies have reported associations between other sources (i.e., traffic and wood smoke/vegetative burning) and cardiovascular outcomes (i.e., mortality and ED visits). Studies that only examined the effects of individual $PM_{2.5}$ constituents found evidence for an association between EC and cardiovascular hospital admissions and cardiovascular mortality. Many studies have also observed associations between other sources (i.e., salt, secondary $SO_4^{2-}$/long-range transport, other metals) and cardiovascular effects, but at this time, there does not appear to be a consistent trend or pattern of effects for those factors.

There is less consistent evidence for associations between PM sources and respiratory health effects, which may be partially due to the fact that fewer source apportionment studies have been conducted that examined respiratory-related outcomes (e.g., hospital admissions) and measures (e.g., lung function). However, there is some evidence for associations between respiratory ED visits and decrements in lung function with secondary $SO_4^{2-}$ $PM_{2.5}$. In addition, crustal/soil/road dust and traffic sources of PM have been found to be associated with increased respiratory symptoms in asthmatic children and decreased PEF in asthmatic adults. Inconsistent results were observed in those $PM_{2.5}$ studies that used individual constituents to examine associations with respiratory morbidity and mortality, although Cu, Pb, OC, and Zn were related to respiratory health effects in two or more studies.

A few studies have identified $PM_{2.5}$ sources associated with total mortality. These studies found an association between mortality and the $PM_{2.5}$ sources: secondary $SO_4^{2-}$/long-range transport, traffic, and salt. In addition, studies have evaluated whether the variation in associations between $PM_{2.5}$ and mortality or $PM_{10}$ and mortality reflects differences in $PM_{2.5}$ constituents. $PM_{10}$-mortality effect estimates were greater in areas with a higher proportion of Ni in $PM_{2.5}$, but the overall $PM_{10}$-mortality association was diminished when New York City was excluded in sensitivity analyses in two of the studies. V was also found to modify $PM_{10}$-mortality effect estimates. When examining the effect of species-to-$PM_{2.5}$ mass proportion on $PM_{2.5}$-mortality effect estimates, Ni, but not V, was also found to modify the association.

Overall, the results indicate that many constituents of PM can be linked with differing health effects and the evidence is not yet sufficient to allow differentiation of those constituents or sources that are more closely related to specific health outcomes. These findings are consistent with the conclusions of the 2004 PM AQCD (U.S. EPA, 2004, 056905) (i.e., that a number of source types, including motor vehicle emissions, coal combustion, oil burning, and vegetative burning, are associated with health effects). Although the crustal factor of fine particles was not associated with mortality in the 2004 PM AQCD (U.S. EPA, 2004, 056905), recent studies have suggested that PM (both $PM_{2.5}$ and $PM_{10-2.5}$) from crustal, soil or road dust sources or PM tracers linked to these sources are associated with cardiovascular effects. In addition, $PM_{2.5}$ secondary $SO_4^{2-}$ has been associated with both cardiovascular and respiratory effects.