## DECLARATION OF MARIA LUEVANO

I, Maria Luevano, declare as follows:

1. This declaration is based on my own personal knowledge, information, and belief.

2. I am over the age of 21 and competent to testify to all matters contained herein.

3. I am a member of the Elyria and Swansea Neighborhood Association. The Elyria and Swansea Neighborhood Association, a Denver Registered Neighborhood Organization in NE Denver dedicated to the representation of residents and property owners in Elyria and Swansea.

4. I am also a member of the Sierra Club, an organization committed to explore, enjoy and protect the planet, to practice and promote the responsible use of the earth's ecosystems and resources to educate and enlist humanity to protect and restore the quality of the natural and human environment, and to use all lawful means to carry out those objectives.

5. I reside at 4723 Vine St., Denver, CO with my mother, my two children, and my nieces and nephews.

6. We moved to that house when I was 5 years old. About 11 years ago, I moved out to a house across the street. About 1 year later, I moved back into 4723 Vine St.

7. My son attends elementary school at Swansea Elementary School which is within 300m of the I-70 expanded right-of-way.

8. My home is located less than two blocks from I-70. The Final Environmental Impact Statement for the I-70 East Project explains that four more travel lanes will be added to expand the highway from 6 to 10 travel lanes, and will add four frontage road lanes. If the highway is expanded, my home will be less than one block from the completed highway.

9. I enjoy several recreational activities in the vicinity of the I-70 corridor in Denver, CO. I like to ride my bicycle with my son around the neighborhood. We like to go outside and play catch with the football with my son. We used to have a lot of barbecues at my house.

10. I do not smoke. No one in my home smokes.

11. My daughter and I both suffer from high blood pressure. Currently, our doctors are monitoring our blood pressures. I and my daughter are not on any medication at this time.

12. I believe that this health condition is related to being exposed to pollution from I-70 because up until about a year ago I regularly went on walks and rode bikes outdoors, but then my doctor said my blood pressure was too high. I stopped doing those activities outside as much. I did not do anything else to help with my high blood pressure, but after three months of stopping the outside activities, my blood pressure was in normal range

again. When I began walking outside to get in better shape for the new year, after about 1 month of outdoor activity, my blood pressure was again too high.

13. Whenever I am at work, I am able to breathe better. I have also noticed that I breathe better when I visit my brothers who do not live near I-70. I have also begun taking walks in the afternoon at work, where I can breathe easier.

14. This health condition has limited my ability to participate in several physical activities that I enjoy, including going for walks in the neighborhood. I have also stopped having barbecues at my house. Instead, we go to barbecues at my friend or family member's houses who live away from I-70 so that we can breathe better.

15. I am worried and expect that my high blood pressure will be exacerbated if the highway is expanded because the Federal Highway Administration states in the Environmental Impact Statement for the Project that traffic is expected to increase about 30%, emissions of particulate matter will increase, and my exposure to harmful particles will increase.

16. For the same reasons, I am also worried and expect that my daughter's health will worsen because of the I-70 project.

17. I am also worried that my son's health will get worse because of how close his elementary school, (Swansea Elementary), will be to the expanded highway. My son really loves playing football and tag with his friends on the playground at school. And while my son has not been diagnosed with any severe health issues, he has complained of coughing a lot when he plays outside at school with his friends. His eyes also get red and watery. I had him tested for allergies, and he is only allergic bee stings and nothing else.

18. I believe my son's health issues are directly related to the emissions from the highway because when he plays basketball inside at the gym, he does not cough at all and his eyes do not get red. I expect and am worried that his health symptoms will be exacerbated if I-70 is expanded.

19. Specifically, I will be harmed by the change in exposure to particulate matter because daily pollutant levels caused by the Project will frequently be above current levels, and on some days will exceed the level of the national ambient air quality standards (NAAQS) for PM10 and PM2.5.

20. The U.S. Environmental Protection Agency has determined that when pollutant levels are above the level of the standard, the public is not protected from adverse health effects, including premature death, hospitalization and the need for medical care caused by the diseases of air pollution.

21. I am concerned about how the expected increase in air pollution that will result from the I-70 expansion project will adversely affect my health when I go for walks, ride my bike, or play outside with my son.

I declare, subject to the penalty of perjury under the laws of the United States, that the foregoing is true and correct to the best of my understanding and belief.

Executed at Denver, CO, this 12th day of June, 2017.

Maria Luevano