## DECLARATION OF ZENAIDA SAUCEDO

I, ZENAIDA SAUCEDO, declare as follows:

1. This declaration is based on my own personal knowledge, information, and belief.

2. I am over the age of 21 and competent to testify to all matters contained herein.

3. I am a member of the Elyria and Swansea Neighborhood Association. The Elyria and Swansea Neighborhood Association, a Denver Registered Neighborhood Organization in NE Denver dedicated to the representation of residents and property owners in Elyria and Swansea.

4. I reside at 4723 Vine St., Denver, CO. I have lived in this home for 30 years. I live with my children and 5 of my grandchildren. I have other grandchildren that I take care of during the day while their parents are at work.

5. My home is located one block from I-70. The Final Environmental Impact Statement for the I-70 East Project explains that four more travel lanes will be added to expand the highway from 6 to 10 travel lanes, and will add four frontage road lanes. If the highway is expanded, my home will be less than one block from the completed highway.

6. I enjoy several recreational activities in the vicinity of the I-70 corridor in Denver, CO. I enjoy: taking care of my flower garden, playing with my grandchildren outside, and going for walks around my neighborhood. I used to have cookouts at my house as well.

7. I am not a smoker and am not exposed to second-hand smoke at home.

8. I suffer from high blood pressure. I suffer from trouble breathing. At times I wheeze and my throat gets closed up. My trouble breathing has worsened over the last year.

9. When my throat closes, the doctors have given me medications including benzoate to help with my wheezing.

10. I believe that this health condition is related to being exposed to pollution from I-70 because when I am inside, my breathing is better, but when I am outside it is bad. I have also noticed that when I spend time visiting family outside the Elyria and Swansea Neighborhood, my breathing is better and my symptoms lessen.

11. This health condition has limited my ability to participate in several physical activities that I enjoy, including I go for fewer walks and I play outside less with my grandchildren. We have also stopped having cookouts because of the air quality and the effect that it has on my health.

12. I expect that my condition will be exacerbated if the highway is expanded because the Federal Highway Administration states in the Environmental Impact Statement for the Project that traffic is expected to increase about 30%, emissions of particulate matter will increase, and my exposure to harmful particles will increase.

13. Specifically, I will be harmed by the change in exposure to particulate matter because daily pollutant levels caused by the Project will frequently be above current levels, and on some days will exceed the level of the national ambient air quality standards (NAAQS) for PM10 and PM2.5.

14. The U.S. Environmental Protection Agency has determined that when pollutant levels are above the level of the standard, the public is not protected from adverse health effects, including premature death, hospitalization and the need for medical care caused by the diseases of air pollution.

15. I am concerned about how the expected increase in air pollution that will result from the I-70 expansion project will adversely affect my health when I spend time outside with my grandchildren, when I go for walks in the neighborhood, or when I garden.

16. Additionally, some of my grandchildren have had trouble breathing when walking around outside and playing in the neighborhood.

17. Also, four of my grandchildren suffer from asthma. Their asthma symptoms also are worse when I am taking care of them. They need to use their inhalers more. Two of my grandchildren who I care for and who have asthma and need to go to the emergency room at the hospital at least two times per month. Two of my grandchildren who don't have asthma who I care for, go about one time per month to the emergency room at the hospital. This only happens after they have spent the day at my house. The doctors usually have my grandchildren stay at the hospital overnight.

18. I believe that my grandchildren's medical issues are related to the pollution from I-70 because when I began to take care of my grandchildren more, they started to develop severe asthma. When they were younger, they did not visit my house as much and did not have health issues.. All of my grandchildren are able to breathe easier when they are away from I-70 and visiting family.

19. I am very worried that my grandchildren's conditions will get so much worse if the highway is expanded because the Federal Highway Administration predicts that the traffic will increase and the pollution will increase.

I declare, subject to the penalty of perjury under the laws of the United States, that the foregoing is true and correct to the best of my understanding and belief.

Executed at Denver, CO, this 6th day of June, 2017.

*Zenaida Saucedo*
Zenaida Saucedo