# DECLARATION OF CANDI CDEBACA

I, Candi CdeBaca, declare as follows:

1. This declaration is based on my own personal knowledge, information, and belief.

2. I am over the age of 21 and competent to testify to all matters contained herein.

3. I am a member of Cross Community Coalition. The Cross Community Coalition is a registered Neighborhood Organization of Swansea and Elyria, which are neighborhoods of North Denver adjacent to the I-70 right-of-way.

4. I am also a member of the Elyria and Swansea Neighborhood Association, which is a Denver Registered Neighborhood Organization, dedicated to represent the interests of the property owners and residents in Elyria and Swansea.

5. I reside at 4301 Thompson Court, Denver, CO 80216.

6. My home is located three blocks from the proposed I-70 expansion. The Final Environmental Impact Statement for the I--70 East Project explains that four more travel lanes will be added to expand the highway from 6 to 10 travel lanes, and will add four frontage road lanes. If the highway is expanded, my home will be two blocks from the completed highway.

7. I have lived at this location for 31 years personally and my family has been in my home since the 1940s.

8. I am not a smoker and no one in my home is a smoker.

9. I suffer from coughing asthma that is triggered by being outdoors in my community. I have had this condition since I was a child attending Swansea Elementary.

10. I believe that this health condition is related to being exposed to pollution from I-70 because my coughing asthma went away when I moved once to San Diego, CA in 2004. In San Diego, I did not live by a highway. It returned when I returned to Denver in 2006-2009 and lived at 4301 Thompson Court. My coughing asthma went away again when I moved to Washington, DC in

2009-2014. I did not live near a highway during that time period. Upon my return to 4301 Thompson Court in 2014 my condition has returned and worsened.

11. This health condition has limited my ability to participate in several physical activities that I enjoy, including walking, running, biking, and general outdoor social activities at my home or in my neighborhood park.

12. I expect that my condition will be exacerbated if the highway is expanded because traffic is expected to increase about 30%, emissions will increase, and my exposure to fine particles will increase. I believe that the known increases in emissions, and my increased exposure to fine particles, will cause worsening symptoms related to coughing asthma and will further limit my ability to enjoy the activities described in paragraph 11 above.

13. Specifically, I will be harmed by the change in EPA's Guidance because it will allow emissions from the I--70 Project to increase the number of days when pollutant levels will be above the level of the national ambient air quality standard (NAAQS) for PM10. EPA has determined that when pollutant levels are above the level of the standard, we are not protected from premature death and hospitalization and medical care caused by the diseases of air pollution.

I declare, subject to the penalty of perjury under the laws of the United States, that the foregoing is true and correct to the best of my understanding and belief.

Executed in Denver, Colorado, this 12th day of June, 2017.

_____
Candi CdeBaca