# DECLARATION OF VIRGINIA CALDERON

I, Virginia Calderon, declare as follows:

1. This declaration is based on my own personal knowledge, information, and belief.

2. I am over the age of 21 and competent to testify to all matters contained herein.

3. I am a member of the following organizations:

    a. The Elyria and Swansea Neighborhood Association, a Denver Registered Neighborhood Organization in NE Denver dedicated to the representation of residents and property owners in Elyria and Swansea.

    b. The Sierra Club, and organization committed to explore, enjoy and protect the planet. To practice and promote the responsible use of the earth's ecosystems and resources to educate and enlist humanity to protect and restore the quality of the natural and human environment; and to use all lawful means to carry out those objectives.

    c. The Cross Community Coalition, a Denver Registered Neighborhood Organization is a group for community members interested in participating Elyria & Swansea's revival. With the many changes coming, The Cross Community Coalition takes an active role in demanding that the current community's interests are centered in all efforts to revitalize this historic and traditionally underserved community.

4. I reside at 4765 St. Paul St., Denver, CO. I have lived in my home for 26 years.

5. I have two grandchildren who live with me. I have another grandson who spends at least 40 hours per week with me in my home.

6. My home is located about 1 ½ blocks from the current location of I-70. The Final Environmental Impact Statement for the I-70 East Project explains that four more travel lanes will be added to expand the highway from 6 to 10 travel lanes, and will add four frontage road lanes. If the highway is expanded, my home will be within two blocks from the completed highway.

7. I enjoy several recreational activities in the vicinity of the I-70 corridor in Denver, CO: I garden, I play with my grandchildren outside at my house, and I go for walks for my health.

8. I am not a smoker and am not exposed to second-hand smoke at home.

9. I suffer from migraines. My daughter, who lives with me, also suffers from migraines.

10. I take medication every day for my migraines.

11. I believe that this health condition is related to being exposed to pollution from I-70 because when I travel I do not suffer from migraines. When I went on vacation in Cancun, Mexico in December 2016, I did not have any migraines at all. I also could breathe easier and noticed that the air was a lot better.

12. Whenever there is heavier traffic, the air quality seems to be much worse. I avoid going outside and I try to wait until after the traffic goes down and the air gets better to go outside with my grandchildren.

13. I expect that my condition will be exacerbated if the highway is expanded because the Federal Highway Administration states in the Environmental Impact Statement for the Project that traffic is expected to increase about 30%, emissions of particulate matter will increase, and my exposure to harmful particles will increase.

14. Specifically, I will be harmed by the change in exposure to particulate matter because daily pollutant levels caused by the Project will frequently be above current levels, and on some days will exceed the level of the national ambient air quality standards (NAAQS) for PM10 and PM2.5.

15. The U.S. Environmental Protection Agency has determined that when pollutant levels are above the level of the standard, the public is not protected from adverse health effects, including premature death, hospitalization and the need for medical care caused by the diseases of air pollution.

16. I am also worried that because I will not get any of the mitigation, that my health will worsen. I know that there will be some mitigation efforts (such as replacing windows and air conditioners), but they are not doing anything to help mitigate the poor air quality for my house.

17. I am concerned about how the expected increase in air pollution that will result from the I-70 expansion project will adversely affect my health when I am outside gardening.

I declare, subject to the penalty of perjury under the laws of the United States, that the foregoing is true and correct to the best of my understanding and belief.

Executed at Denver, CO, this 12th day of June, 2017.

_____

(Virginia Calderon)