# DECLARATION OF GUADALUPE DIAZ

I, Guadalupe Diaz, declare as follows:

1. This declaration is based on my own personal knowledge, information, and belief.

2. I am over the age of 21 and competent to testify to all matters contained herein.

3. I am a member of:

    a. The Elyria and Swansea Neighborhood Association, a Denver Registered Neighborhood Organization in NE Denver dedicated to the representation of residents and property owners in Elyria and Swansea; and

    b. The Cross Community Coalition, a Denver Registered Neighborhood Organization is a group for community members interested in participating Elyria & Swansea's revival. With the many changes coming, The Cross Community Coalition takes an active role in demanding that the current community's interests are centered in all efforts to revitalize this historic and traditionally underserved community.

4. I reside at 4780 St. Paul St., Denver, CO. My house is about 1 ½ blocks from I-70. I have lived at this location for 17 years. Before living in my current house, I lived at 4835 Filmore St. for 10 years. I have lived in the Elyria and Swansea Neighborhood for around 28 years.

5. During the day, I watch and care for my four grandchildren for approximately 8 hours a day during the summer. During the school year, my grandchildren are at my house before and after school. Three of my grandchildren attend school at Swansea Elementary, which is located within 1 block of the proposed highway. My three grandchildren who attend Swansea Elementary really enjoy playing at the playground at school. My grandchildren also stay after school for after school programs or football practices. When they stay late and play outside, I have noticed that their eyes are irritated and red.

6. One of my grandchildren attends Bruce Randolph School. When she walks home from school, her eyes are irritated and red.

7. I enjoy several recreational activities in the vicinity of the I-70 corridor in Denver, CO including walking around the neighborhood and going to the park, which is only 2 ½ blocks from I-70. I also enjoy playing outside with my grandchildren.

8. I am not a smoker and no one in my home is a smoker.

9. I suffer from a heart murmur and high blood pressure.

10. Four years ago, the doctors first detected that I had lung cancer. As a result of the lung cancer they had to remove the majority of my right lung. I also went through three months of chemotherapy. My cancer is currently in remission.

11. I believe that my lung cancer and the resulting surgery is related to being exposed to the bad air quality from I-70.

12. I believe that my lung cancer is related to being exposed to pollution from I-70 because when I am away from this neighborhood to go shopping or to go to my children's' homes that I am able to breathe better.

13. I believe that my other health conditions may be related to being exposed to pollution from I-70 for the same reasons.

14. I also believe that my grandchildren's health issues, specifically the red eyes, are related to the emissions from the highway because they do not experience these things when they play outside away from the highway.

15. I am very worried and expect that my condition will be exacerbated if the highway is expanded because the Federal Highway Administration states in the Environmental Impact Statement for the Project that traffic is expected to increase by at least 30%, emissions of particulate matter will increase, and my exposure to harmful particles will increase.

16. Specifically, because of my greater susceptibility to poor air quality, I believe I will be harmed by the change in exposure to particulate matter because daily pollutant levels caused by the Project will frequently be above current levels, and on some days will exceed the level of the national ambient air quality standards (NAAQS) for PM10 and PM2.5.

17. The U.S. Environmental Protection Agency has determined that when pollutant levels are above the level of the standard, the public is not protected from adverse health effects, including premature death, hospitalization and the need for medical care caused by the diseases of air pollution.

18. I am concerned about how the expected increase in air pollution that will result from the I-70 expansion project will adversely affect my health when I go for walks and go to the park. I am especially worried about not being able to play outside with my grandchildren because I would be worried that it would adversely affect my health.

19. I also expect that my grandchildren's health issues will worsen if the highway expands because Swansea Elementary will be located so close to the highway and there will be more cars and emissions.

I declare, subject to the penalty of perjury under the laws of the United States, that the foregoing is true and correct to the best of my understanding and belief.

Executed at Denver, CO, this 12th day of June, 2017.

_____
(Guadalupe Diaz)