# DECLARATION OF MAXINE ICHIKAWA

I, Maxine Ichikawa, declare as follows:

1. This declaration is based on my own personal knowledge, information, and belief.
2. I am over the age of 21 and competent to testify to all matters contained herein.
3. I am a member of:
    a. The Elyria and Swansea Neighborhood Association, a Denver Registered Neighborhood Organization in NE Denver dedicated to the representation of residents and property owners in Elyria and Swansea.
4. I reside at 4711 Elizabeth, Denver, CO.
5. I live with my son, Matthew.
6. Our home is 1½ blocks north of the current Interstate 70 in the area of the proposed Central 70 or I-70 East project. The Final Environmental Impact Statement for the I-70 East Project explains that four more travel lanes will be added to expand the highway from 6 to 10 travel lanes and an additional four frontage road lanes will be added. If the highway is expanded, our home will be less than one block from the completed highway.
7. For about twenty years, I worked at Pilot, which is located within 1 block of I-70. I stopped working, in part, because of my health issues that I believe are related to my proximity to I-70.
8. I have lived at this location since 1957. The I-70 freeway was completed and open when we moved here.
9. I am not a smoker. In my life I have smoked fewer than 15 total cigarettes. The last one was about 35 years ago. No one in my home is a smoker.

1

10. I suffer from asthma, heart disease, & Chronic Obstructive Pulmonary Disease (COPD).
11. I take the following medications: Alendronate Sodium, Beclomethasone Dip, Carvedilol, Diltiazen, Furosemide, Lisinopril, Rovaroxaban, Spiromolactone, Tiotropium.
12. Additionally, I am on oxygen nearly continuously (every day, sometimes most of the day). I am on an oxygen concentrator all night, every night.
13. I believe that this health condition is related to being exposed to pollution from I-70 because I live so close to the highway. When I leave this area I know that I feel and breathe better. Even in the mountains, I can breathe better.
14. I noticed that on some days, when the traffic is heavier and I go outside, my condition worsens. If I stay inside, I am able to better manage my health.
15. My health issues began to develop around 5 years ago.
16. I'm unable to work because my breathing has gotten worse and I am on oxygen every day.
17. My insurance covers some expenses but, I must pay the donut hole expenses [gap/deductible] that's very high. It is in the hundreds of dollars.
18. I expect and am worried that my conditions will be exacerbated if the highway is expanded because traffic is expected to increase about 30%, emissions will increase, and my exposure to fine particles will increase.
19. Specifically, I will be harmed by the change in exposure to particulate matter because daily pollutant levels caused by the Project will frequently be above current levels, and on some days will exceed the level of the national ambient air quality standards (NAAQS) for PM10 and PM2.5.

20. The U.S. Environmental Protection Agency has determined that when pollutant levels are above the level of the standard, the public is not protected from adverse health effects, including premature death, hospitalization and the need for medical care caused by the diseases of air pollution.
21. I am concerned about the likely increase in air pollution that will result from the I-70 expansion project, and how this increase in emissions would negatively impact my health.

I declare, subject to the penalty of perjury under the laws of the United States, that the foregoing is true and correct to the best of my understanding and belief.

Executed at Denver, CO, this 6th day of June, 2017.

*Maxine Ichikawa*
Maxine Ichikawa