# DECLARATION OF MATTHEW ICHIKAWA

I, Matthew Ichikawa, declare as follows:

1. This declaration is based on my own personal knowledge, information, and belief.
2. I am over the age of 21 and competent to testify to all matters contained herein.
3. I am a member of the Elyria and Swansea Neighborhood Association. The Elyria and Swansea Neighborhood Association, a Denver Registered Neighborhood Organization in NE Denver dedicated to the representation of residents and property owners in Elyria and Swansea
4. I reside at 4711 Elizabeth, Denver, CO. My home is 1½ blocks north of the current Interstate 70 in the area of the proposed Central 70 or I-70 East project.
5. I have lived at this location for my whole life, 50 years.
6. I am not a smoker and am not exposed to second-hand smoke at home. No one in my home is a smoker.
7. I suffer from health issues, namely asthma. I was diagnosed when I was 6 years old.
8. I played outside a lot when growing-up.
9. I use inhalers at the present time. I believe his condition is related to exposure to pollution from the highway because I live so close to the highway.
10. I have been on Medicare & Medicaid.
11. I believe that this health condition is related to being exposed to pollution from I-70 because I feel and breathe better when away from this area. Namely, I work south of the city and I feel and breathe better when I am at work.

12. I expect that my condition will be exacerbated if the highway is expanded because the Federal Highway Administration states in the Environmental Impact Statement for the Project that traffic is expected to increase about 30%, emissions of particulate matter will increase, and my exposure to harmful particles will increase.

13. Specifically, I will be harmed by the change in exposure to particulate matter because daily pollutant levels caused by the Project will frequently be above current levels, and on some days will exceed the level of the national ambient air quality standards (NAAQS) for PM10 and PM2.5.

14. The U.S. Environmental Protection Agency has determined that when pollutant levels are above the level of the standard, the public is not protected from adverse health effects, including premature death, hospitalization and the need for medical care caused by the diseases of air pollution.

15. I am concerned about how the expected increase in air pollution that will result from the I-70 expansion project will adversely affect my health.

I declare, subject to the penalty of perjury under the laws of the United States, that the foregoing is true and correct to the best of my understanding and belief.

Executed at Denver, CO, this 6th day of June, 2017.

*Matthew Lchikawa*
(Member Name)