## DECLARATION OF BETTIE CRAM

I, Bettie Cram, declare as follows:

1.  This declaration is based on my own personal knowledge, information, and belief.

2.  I am over the age of 21 and competent to testify to all matters contained herein.

3.  I am a member of the Elyria and Swansea Neighborhood Association. The Elyria and Swansea Neighborhood Association, a Denver Registered Neighborhood Organization in NE Denver dedicated to the representation of residents and property owners in Elyria and Swansea.

4.  I reside at 4341 Josephine St., Denver, CO. I have lived in my home for 67 years.

5.  My home is 2½ blocks north of the current Interstate 70 highway in the area of the proposed Central 70 or I-70 East project. The Final Environmental Impact Statement for the I-70 East Project explains that four more travel lanes will be added to expand the highway from 6 to 10 travel lanes, and will add four frontage road lanes. If the highway is expanded, my home will be within two blocks from the completed highway.

6.  I am not a smoker and am not exposed to second-hand smoke at home. No one in my home is a smoker. My husband was a smoker, but he passed away in 1992.

7.  I do not have any severe health issues that are directly related to the air quality, but I do notice when the air quality is worse, especially when the traffic is heavier. First, when traffic is heavier, especially if there seem to be more diesel trucks on the road, I feel more congested, cough more, and my eyes water when I am outside. Because of these symptoms, I do not go outside during heavier traffic times, such as rush hour.

8.  Second, when traffic is heavier, I notice an increase in the stench of exhaust, which keeps me from wanting to go outside. It is especially bad because of the increased number of diesel trucks. Third, I notice that when traffic is heavier, there are more diesel trucks making so much noise that I am unable to have conversations on my front porch. Because the noise and smells are so bad, I do not work on my garden or go outside during rush hour or other periods when traffic is heavier.

9.  I am 94 years old. I am very worried that I will be very susceptible to any increases in air especially if the highway is expanded because the Federal Highway Administration states in the Environmental Impact Statement for the Project that traffic is expected to increase about 30%, emissions of particulate matter will increase, and my exposure to harmful particles will increase.

10. Specifically, I will be harmed by the change in exposure to particulate matter because daily pollutant levels caused by the Project will frequently be above current levels, and on some days will exceed the level of the national ambient air quality standards (NAAQS) for PM10 and PM2.5.

1

11. The U.S. Environmental Protection Agency has determined that when pollutant levels are above the level of the standard, the public is not protected from adverse health effects, including premature death, hospitalization and the need for medical care caused by the diseases of air pollution.

12. I am concerned about how the expected increase in air pollution that will result from the I-70 expansion project will adversely affect my health. I expect that I will not be able to garden outside, or sit on my front porch without feeling the health effects that I described above in paragraphs 7 and 8.

I declare, subject to the penalty of perjury under the laws of the United States, that the foregoing is true and correct to the best of my understanding and belief.

Executed at Denver, CO, this 12th day of June, 2017.

Bettie Cram