## DECLARATION OF GRISELDA CALDERON

I, Griselda Calderon, declare as follows:

1. This declaration is based on my own personal knowledge, information, and belief.
2. I am over the age of 21 and competent to testify to all matters contained herein.
3. I am a member of:
   a. The Elyria and Swansea Neighborhood Association, a Denver Registered Neighborhood Organization in NE Denver dedicated to the representation of residents and property owners in Elyria and Swansea.
   b. The Cross Community Coalition, a Denver Registered Neighborhood Organization is a group for community members interested in participating Elyria & Swansea's revival. With the many changes coming, The Cross Community Coalition takes an active role in demanding that the current community's interests are centered in all efforts to revitalize this historic and traditionally underserved community.
4. I reside at 4765 St. Paul St., Denver, CO. I live with my parents, my sister, and my two nieces. My home is about 1 ½ blocks from the current I-70 highway.
5. I have lived at this location since I was four years old. I went to Swansea Elementary School for Pre-school to 2nd grade, which is located about 1-2 blocks from I-70. Growing up I played soccer, basketball, and volleyball outside a lot.
6. When I was 23 I joined the Air Force. I was stationed in Nellis Airforce Base near Las Vegas, NV. I worked in the command post and I was not regularly exposed to heavy motor vehicle emissions. After three years of service I was discharged for medical reasons due to an injury that was unrelated to respiratory issues.
7. I enjoy several recreational activities in the vicinity of the I-70 corridor in Denver, CO. I spend a lot of time going for walks in the neighborhood. I like to ride my recumbent bike with my nieces and nephew in the neighborhood. Generally, I spend several hours each week playing with my nieces and nephews outside.

8. I am not a smoker and am not exposed to second-hand smoke at home.
9. I suffer from shortness of breath and other breathing issues like wheezing.
10. I believe that my health conditions are related to being exposed to pollution from I-70 because when I left for the military, I noticed that I could breathe better. When I was discharged and returned home, I notice that my breathing got more difficult again.
11. Additionally, during basic training, I was the only airman who contracted pneumonia in my flight. I believe that this was related to my already compromised lungs and the air I breathed growing up near I-70.
12. I believe that my difficulty breathing is related to being exposed to pollution from I-70, because as I walk closer to the I-70 bridge, I notice that my nose gets stuffy, I get shortness of breath and have difficulty breathing. It is harder to breath the nearer I get to the highway.
13. My health conditions and the pollution from I-70 have limited my ability to participate in several physical activities that I enjoy. I intentionally avoid, as much as possible, heading in the direction of I-70. I take fewer walks than I would otherwise. Between 3 p.m. and 7 p.m., I try to avoid going outside. When we drive in our area, I always drive with the windows up, the A/C or heater on, and it switch the air to the "recirculate" button.
14. I expect that my health conditions will be exacerbated if the highway is expanded because the Federal Highway Administration states in the Environmental Impact Statement for the Project that traffic is expected to increase about 30%, emissions of particulate matter will increase, and my exposure to harmful particles will increase.
15. Specifically, I will be harmed by the change in exposure to particulate matter because daily pollutant levels caused by the Project will frequently be above current levels, and on some days will exceed the level of the national ambient air quality standards (NAAQS) for PM10 and PM2.5.
16. The U.S. Environmental Protection Agency has determined that when pollutant levels are above the level of the standard, the public is not protected from adverse health effects,

including premature death, hospitalization and the need for medical care caused by the diseases of air pollution.

17. I am concerned about how the expected increase in air pollution that will result from the I-70 expansion project will adversely affect my health, the health of my nieces and nephew, and the health of the rest of my family. I am worried that if my health worsens because of the I-70 expansion project, that I will be unable to play outside with my nieces and nephew, and that I won't be able to enjoy walks or bike rides in my neighborhood.

I declare, subject to the penalty of perjury under the laws of the United States, that the foregoing is true and correct to the best of my understanding and belief.

Executed at Denver, CO, this 12th day of June, 2017.

_____
Griselda Calderon