## DECLARATION OF ALONSO CABRAL

I, Alonso Cabral, declare as follows:

1. This declaration is based on my own personal knowledge, information, and belief.

2. I am over the age of 21 and competent to testify to all matters contained herein.

3. I am a member of the Elyria and Swansea Neighborhood Association. The Elyria and Swansea Neighborhood Association is a Denver Registered Neighborhood Organization in northeast Denver dedicated to the representation of residents and property owners in the Elyria and Swansea neighborhoods.

4. I reside at 4635 High St., Denver, CO.

5. I have lived at this location for about 10 years. Both of my children were born while we have lived at this location.

6. My home is located less than one block from I-70 where it stands now. I believe that if the I-70 East Project moves forward and the highway is expanded, my house will be the first house off of I-70 with its four additional travel lanes, four frontage road lanes, and increased traffic.

7. I have two children who live in my home with me. My children attend elementary school at Swansea Elementary which is within 300m of the I-70 expanded right-of-way. My daughter enjoys playing at the playground at school.

8. I am not a smoker, no one in my home is a smoker, and my children are not exposed to second-hand smoke at home.

9. Both of my children enjoy several recreational activities in the vicinity of the I-70 corridor in Denver, CO. They enjoy running and riding bikes outside. They also enjoy playing soccer.

10. One of my children suffers from asthma. She suffers from wheezing, coughing, or asthma attacks. She also gets tired easily, especially when playing outside near our home.

11. My daughter, who has asthma, uses an inhaler. This helps to keep the symptoms of her asthma mostly under control. When she plays outside near our home, she suffers from wheezing and trouble breathing more than when she is inside.

12. My daughter was hospitalized when she was first diagnosed with asthma.

13. I believe that my daughter's health condition is related to being exposed to pollution from I-70 because when she plays outside near or at my house, she feels worse. She gets tired much quicker. When she plays outside away from my home and not near I-70, her symptoms are much less.

14. My daughter's health condition has limited my daughter's ability to enjoy some of her favorite activities. Because her symptoms are worse, I do not let my daughter play outside near my house.

15. I expect that my daughter's condition will be exacerbated if the highway is expanded because the Federal Highway Administration states in the Environmental Impact Statement for the Project that traffic is expected to increase about 30%, emissions of particulate matter will increase, and my exposure to harmful particles will increase.

16. Specifically, my daughter will be harmed by the change in exposure to particulate matter because daily pollutant levels caused by the Project will frequently be above current levels, and on some days will exceed the level of the national ambient air quality standards (NAAQS) for PM10 and PM2.5.

17. The U.S. Environmental Protection Agency has determined that when pollutant levels are above the level of the standard, the public is not protected from adverse health effects, including premature death, hospitalization and the need for medical care caused by the diseases of air pollution.

18. I am extremely concerned about how the expected increase in air pollution that will result from the I-70 expansion project will adversely affect my daughter's health. I am worried that she will not be able to ever be outside at our home because of the affect the increased air pollution will have on her breathing. I believe that because being exposed to higher concentrations of particulates will negatively impact my daughter's health, my daughter will not be able to play outside or participate in other outdoor activities near our home or at school.

19. I am also concerned that my daughter will not be able to safely play on the playground outside at school because the air quality during rush hour will adversely affect her health.

I declare, subject to the penalty of perjury under the laws of the United States, that the foregoing is true and correct to the best of my understanding and belief.

Executed at Denver, CO, this 12th day of June, 2017.

Alonso Cabral