# Integrated Science Assessment for Oxides of Nitrogen — Health Criteria

EPA/600/R-08/071
July 2008

United States Environmental Protection Agency

July 2008
EPA/600/R-08/071

# Integrated Science Assessment
# for Oxides of Nitrogen – Health Criteria

National Center for Environmental Assessment-RTP Division
Office of Research and Development
U.S. Environmental Protection Agency
Research Triangle Park, NC

# Chapter 5. Summary and Conclusions

## 5.1. Introduction

The Integrated Plan for the Primary NAAQS for $NO_2$ (U.S. Environmental Protection Agency, 2007) presents a series of policy-relevant questions to structure this assessment of the scientific evidence (Section 1.1). This ISA focuses on evaluating recent scientific evidence while incorporating information from the last review to best inform consideration of these policy-relevant questions. The purpose of this ISA is to form the scientific basis for regulatory decision making as it pertains to retaining or revising the current primary NAAQS for $NO_2$ (0.053 ppm, annual average). The previous chapters present the most policy-relevant science. This chapter first summarizes key findings and then draws conclusions about health effects associated with exposure to $NO_X$. These conclusions are based on explicit guidelines (Section 1.3) derived from the Hill aspects (Hill, 1965) and modeled after other pertinent frameworks.

The framework for evaluation of evidence regarding causality is described in Chapter 1. The framework and language draw from similar efforts across the Federal government and the wider scientific community, especially from the recent NAS Institute of Medicine document, *Improving the Presumptive Disability Decision-Making Process for Veterans* (Institute of Medicine, 2007). A five-level hierarchy is used to be consistent with the Guidelines for Carcinogen Risk Assessment (U.S. Environmental Protection Agency, 2005). Conclusions concerning causality of association were placed into one of five categories with regard to weight of the evidence based on the framework. The five descriptors are:

- Sufficient to infer a causal relationship;

- Sufficient to infer a likely causal relationship (i.e. more likely than not);

- Suggestive but not sufficient to infer a causal relationship;

- Inadequate to infer the presence or absence of a causal relationship; and

- Suggestive of no causal relationship.

This integrative discussion begins with some key conclusions from the atmospheric sciences that are relevant to the interpretation of the health evidence and provide important underpinnings for potential quantitative assessments, including information about ambient concentrations and monitoring, and estimation of policy-relevant background. Consideration of exposure measurement error and exposure assessment issues is an essential component of this review, and provides an overview of the findings that inform the evaluation of the health evidence. Conclusions regarding causality for different categories of health outcomes are presented. Highlights of findings that support these conclusions are presented. The key findings from atmospheric science, exposure assessment, and health effects, including animal toxicological, human clinical and epidemiologic studies are integrated with regard to levels at which effects are observed, the time period (or averaging time) over which these effects are observed, and $NO_2$ serving as the indicator for the oxides of nitrogen NAAQS, and presented in Section 5.4.

**were observed in the range of 1.5 to 2.0 ppm for 3 h exposures in healthy adults and between 0.2 and 0.3 ppm $NO_2$ for 30 -min exposures and at 0.1 ppm $NO_2$ for 60-min exposures in asthmatics**. Subchronic exposures (6 to 12 weeks) of animals to $NO_2$ also increased responsiveness to nonspecific challenges at exposures of 1 to 4 ppm.

## Respiratory Symptoms

Consistent evidence has been observed for an association of respiratory effects with indoor and personal $NO_2$ exposures in children at ambient concentration levels (Section 3.1.5.1). In particular, the Pilotto et al. (2004) intervention study provided evidence of improvement in respiratory symptoms with reduced $NO_2$ exposure in asthmatic children. This study linked respiratory effects with exposure to $NO_2$ from an indoor combustion source,(i.e., unflued gas heaters), thus, increased confidence that $NO_2$ is not solely a marker for an ambient air pollution mixture in observed associations with $NO_2$ from outdoor sources (in particular traffic emissions) that has infiltrated indoors. The epidemiologic studies using community ambient monitors also found associations between ambient $NO_2$ concentration and respiratory symptoms (Section 3.1.4.2, see Figure 3.1-6). The results of recent multicity studies (Schildcrout et al., 2006; Mortimer et al., 2002) provided further support for associations between respiratory symptoms and medication use in asthmatic children. **Positive associations were observed in cities where the median range was 18 to 26 (90th percentiles: 34 to 37) ppb for a 24-h avg (Schildcrout et al., 2006) and the mean $NO_2$ level was 32 (range: 7 to 96) ppb for a 4-h avg (Mortimer et al., 2002).** These concentrations were within the range of 24-h avg concentrations observed in recent years. In the results of multipollutant models, $NO_2$ associations in these multicity studies were generally robust to adjustment for copollutants including $O_3$, CO, and $PM_{10}$ (Figure 3.1-7).

Most human clinical studies do not report or observe respiratory symptoms with $NO_2$ exposure, and animal toxicological studies do not measure effects that would be considered symptoms. The experimental evidence on immune system effects and airway inflammation discussed previously, however, provide some plausibility and coherence for the observed respiratory symptoms in epidemiologic studies.

## Lung Function

Recent epidemiologic studies that examined the association between ambient $NO_2$ concentrations and lung function in children and adults generally produced inconsistent results (Section 3.1.5.1). **Human clinical studies generally did not find direct effects of $NO_2$ on lung function in healthy adults at levels as high as 4.0 ppm** (Section 3.1.5.2). For asthmatics, the direct effects of $NO_2$ on lung function also have been inconsistent at exposure concentrations of less than 1 ppm $NO_2$.

## Respiratory ED Visits and Hospitalizations

Epidemiologic evidence exists for **positive associations of short-term ambient $NO_2$ concentrations below the current NAAQS level with increased numbers of ED visits and hospital admissions for respiratory causes, especially asthma** (Section 3.1.7). A number of studies were conducted in locations where mean 24-h concentrations were in the range of 3 to 50 (maxima: 28 to 82) ppb (Figure 5.3-1). These associations are particularly consistent among children and older adults (65+ years) when all respiratory outcomes are analyzed together (Figures 3.1-8 and 3.1-9), and among children and subjects of all ages for asthma admissions (Figures 3.1-12 and 3.1-13). When examined with copollutant models, associations of $NO_2$ with respiratory ED visits and hospital admissions were generally robust and independent of the effects of copollutants (Figures 3.1-10 and 3.1-11). In preceding sections, mechanistic evidence was described related to host defense and immune system changes, airway

concentration is <0.01 ppb. In studies that have examined concentration-response relationships between $NO_2$ and health outcomes, the concentration-response relationship appears linear within the observed range of data, including at levels below the current standard. There is **little evidence of any effect threshold** (Section 4.2). Factors that made it difficult to identify any threshold that may exist included: interindividual variation; additivity of pollutant-induced effects to the naturally occurring background disease processes; additivity to health effects due to other environmental insults having a mode of action similar to that of $NO_2$; exposure error; and response measurement error. Low data density in the lower concentration range as a result of limited monitoring is a particular problem in terms of measurement error. Additionally, if the concentration-response relationship was shallow, identification of any threshold that may exist will be more difficult to discern.

# 5.4. Conclusions

New evidence confirms previous findings in the 1993 AQCD that short-term $NO_2$ exposure is associated with increased airway responsiveness, often accompanied by respiratory symptoms, particularly in children and asthmatics. This ISA concludes that the strongest evidence for an association between $NO_2$ exposure and adverse human health effects comes from epidemiologic studies of respiratory symptoms and ED visits and hospital admissions. These new findings were based on numerous studies, including panel and field studies, multipollutant studies that control for the effects of other pollutants, and studies conducted in areas where the whole distribution of ambient 24-h avg $NO_2$ concentrations was below the current NAAQS level of 0.053 ppm (53 ppb) (annual average). The effect estimates from the U.S. and Canadian studies generally indicate a 2-20% increase in risks for ED visits and hospital admissions. Risks associated with respiratory symptoms generally were higher. The studies providing this evidence (summarized in Table 5.4-1) were identified based on criteria for selecting epidemiologic studies for inclusion in the ISA (Annex Section AX1.3.2 and Annex Figure AX1.3-1). They include U.S. and Canadian studies conducted at or near ambient concentrations, which were well-designed, properly implemented, and thoroughly described. All of the U.S. and Canadian studies included in Figure 5.3-1 are included in Table 5.4-1. Evidence from human clinical studies, especially for airway hyperresponsiveness in asthmatic individuals, was generally supportive of the epidemiologic evidence (see Table 5.3-2).

These conclusions were supported by some evidence from toxicological and human clinical studies. These data sets formed a plausible, consistent, and coherent description of a relationship between $NO_2$ exposures and an array of adverse health effects that range from the onset of respiratory symptoms to hospital admission. Though an array of studies that examined short-term (24-h avg and 1-h max) $NO_2$ exposures and respiratory morbidity consistently produced positive associations, it is not possible to discern whether these effects are attributable to average daily (or multiday) concentrations (24-h avg) or high, peak exposures (1-h max). While the evidence supported a direct effect of short-term $NO_2$ exposure on respiratory morbidity, the available evidence was inadequate to infer the presence or absence of a causal relationship for morbidity and mortality effects related to long-term $NO_2$ exposure. Further, the health evidence was inadequate to infer the presence or absence of a causal relationship for carcinogenic, cardiovascular, and reproductive and developmental effects, or for premature mortality, related to long-term $NO_2$ exposure.

The available evidence on the effects of short-term exposure to $NO_2$ for cardiovascular health effects is inadequate to infer the presence or absence of a causal relationship at this time. Though there is no human clinical or animal toxicological evidence, the epidemiologic evidence is suggestive but not sufficient to infer a causal relationship of short-term exposure to $NO_2$ with nonaccidental and cardiopulmonary-related mortality.

It is difficult to determine from these new studies the extent to which $NO_2$ is independently associated with respiratory effects or if $NO_2$ is a marker for the effects of another traffic-related pollutant or mix of

pollutants (see Section 5.2.2 for more details on exposure issues). On-road vehicle exhaust emissions are a nearly ubiquitous source of combustion pollutant mixtures that include $NO_2$ and can be an important contributor to $NO_2$ levels in near-road locations. Although this complicates the efforts to disentangle specific $NO_2$-related health effects, the evidence summarized in this assessment indicates that $NO_2$ associations generally remain robust in multipollutant models and supports a direct effect of short-term $NO_2$ exposure on respiratory morbidity at ambient concentrations below the current NAAQS level. The robustness of epidemiologic findings to adjustment for copollutants, coupled with data from animal and human experimental studies, support a determination that the relationship between $NO_2$ and respiratory morbidity is likely causal, while still recognizing the relationship between $NO_2$ and other traffic related pollutants. In addition, an intervention study by Pilotto et al. (2004) found that exposure to $NO_2$ from an indoor combustion source is associated with respiratory effects; in this study $NO_2$ effects would not be confounded by other motor vehicle emission pollutants, though potential confounding by other pollutants from gas stove emissions, such as UFP, could occur.

Human clinical and toxicological study findings also provide support for independent effects of $NO_2$ on respiratory health. Limited evidence from human clinical studies indicated that $NO_2$ may increase susceptibility to injury by subsequent viral challenge; toxicological studies show that lung host defenses are sensitive to $NO_2$ exposure. The epidemiologic and experimental evidence together show coherence for effects of $NO_2$ exposure on host defense or immune system effects providing plausibility and mechanistic support for respiratory symptoms and ED visits for respiratory disease. Additionally, short-term exposure to $NO_2$ shows increased airway inflammation in human clinical and animal toxicological studies but at exposure concentrations higher than ambient levels. Human and animal experimental studies provide support for increased airways responsiveness to specific and nonspecific challenge following $NO_2$ exposure. Transient increases in airway responsiveness following $NO_2$ exposure have the potential to increase symptoms and worsen asthma control.

Identification of a concentration-response relationship is an additional uncertainty that must be considered when describing the association of $NO_2$ and adverse health effects. In studies that have examined concentration-response relationships between $NO_2$ and health outcomes specifically, there was little evidence of an effect threshold. Because ambient levels of $NO_2$ are low in many of the epidemiologic study sites, the concentration-response relationship may be shallow, making it difficult to identify any threshold.