# COLORADO STATE IMPLEMENTATION PLAN FOR PM$_{10}$

# REVISED TECHNICAL SUPPORT DOCUMENT

### September 2005

Denver Metropolitan Nonattainment Area

Emission Inventories and Dispersion Model Results for the Maintenance Plan



Prepared by
The Colorado Department of Public Health and Environment
Air Pollution Control Division
4300 Cherry Creek Drive South
Denver, Colorado 80246-1530
(303) 692-3100

### 4.5 Meteorological Data used in the Dispersion Modeling Analysis

The same meteorological data set that was used for the base year and attainment year analysis are used for the maintenance SIP. A full description of this data set is contained in Volume X of the attainment SIP

Raw data from upper air and surface meteorological observations were obtained from the National Climatic Data Center. Five years of Stapleton International Airport meteorological observations, from 1985 through 1989, were used for the data base. The meteorological data was prepared for RAM and ISC3 model inputs using the RAMMET Meteorological Preprocessor. The data from the RAMMET model was further refined to limit the urban mixing heights to no less than 50 meters. In comparing the five year data set, wind speed, wind direction, and temperature compared well with the long term climatic data. The 1985 through 1989 meteorological data set was used to be consistent with the base year model validation, attainment year demonstration and the conformity analysis.

### 4.6 Modeling Domain

Table 4.6-1 presents specifications of the modeling domain within the $PM_{10}$ maintenance area. The same modeling domain used for the attainment demonstration is being used for the maintenance demonstration. The modeling domain is shown graphically in Figure 4.6.2.

The area source emission inventory used for the modeling consists of 1km receptors over the central Denver area where the maximum emissions are most likely to occur as well as the highest simulated concentrations.

The receptor scheme consists of 1294 receptors. The nested grid receptor scheme consists of 1116 receptors spaced 1km apart, nested within 165 receptors placed 5km apart. The area where receptors are placed 1km apart are where maximum concentrations are expected. Whether the receptors are place 1km or 5km apart, the receptors are located at intersections of area source emissions. Figure 4.6.2 depicts the area source gridding scheme and the receptor scheme.

In addition to the gridded receptors, there are discrete receptors placed at the location of each monitoring location. These locations are the nine Denver metro $PM_{10}$ monitoring sites which include Adam City, Arvada, Aurora, Denver 414, Camp, Gates, Englewood, Golden, and Lakewood. Two additional receptors were placed at two CMB sites, Auraria and Welby. EPA Region VIII also requested that downwash modeling be performed for Public Service Company's Cherokee plant, Conoco Refinery and Colorado Refinery[6] as part of the attainment SIP. As a result of this downwash modeling, two points of maximum concentration was identified. These two points, identified as DWP1 and DWP2, were also modeled as discrete receptors.

The **$PM_{10}$ SIP Development Guideline**[2] does not specify any guideline for determining the modeling domain within a Non-Attainment area. In the document, **Example Modeling to Illustrate SIP Development for the New Particulate Matter NAAQS**[6] any one of three approaches are described:

a) A qualitative analysis of the area of represented by the monitoring sites, together with consideration of terrain, meteorology and sources of emissions;
b) Spatial interpolation of air monitoring data;
c) Air quality by dispersion modeling.

For the Denver $PM_{10}$ SIP, all three approaches were followed for the 1989 base year analysis. Topography was examined for the Denver Metro area. The topographic features indicate that the meteorology from Stapleton parallel the Platte River Valley, therefore, the Stapleton meteorological data base is representative of the Denver metro area at large. However, the topographic features indicate that there is a ridge between Denver and Boulder. The topographic features would indicate that Boulder is in a different air drainage than Denver, therefore, Stapleton data would not be representative of Boulder. For the most part, Boulder is not included in the modeling domain for this reason.

The attainment year modeling protocol presented in Volume VI of the attainment SIP presented an analysis based on spatial interpolation of air monitoring data. The overall maximum $PM_{10}$ concentration at the nine network monitor locations were used to create an isopleth plot with the location of the 150 ug/m$^3$ contour line. The 150 ug/m$^3$ isopleth for the monitored data used was well within the proposed modeling domain with ample area around the isopleth to allow for transport.

The base year, attainment year SIP, and, the transportation conformity dispersion modeling analysis over the past several years indicate that the maximum concentrations are expected to radiate out from the downtown Denver area. The modeling domain for the maintenance demonstration is adequate to demonstrate where the maximum concentrations are within the Non-attainment area including a buffer zone.

**Table 4.6-1. Denver metropolitan area $PM_{10}$ Modeling Domain.**

| | |
|---|---|
| *Coarse Grid UTM Origin (Easting)* | *477,900 meters* |
| *Coarse Grid UTM Origin (Northing)* | *4,376,700 meters* |
| *UTM Zone* | *13* |
| *Cells in X-direction* | *14* |
| *Cells in Y-direction* | *10* |
| *Cell side dimension* | *5 km* |
| | |
| *Nested Grid UTM Origin (Easting)* | *782,900 meters* |
| *Nested Grid UTM Origin (Northing)* | *4,376,700 meters* |
| *UTM Zone* | *13* |
| *Cells in X-direction* | *31* |
| *Cells in Y-direction* | *36* |
| *Cell side dimension* | *1 km* |



Figure 4.6.2. Area Source and Receptor Schemes

### 4.7 Model Performance Evaluation

Model validation and performance was performed as part of the 1989 base year in the attainment SIP. There has not been any additional model validation or performance demonstrations done since then. A complete description of the model performance and validation for the Denver area can be found in Volume XI of the attainment SIP as part of the 1989 modeling results.

Base year dispersion model runs were performed to estimate model results for 1989 and to establish model performance for the Denver $PM_{10}$ SIP Element. Establishment of model performance is helpful in providing the degree of certainty the model will predict attainment and maintenance year concentrations. An evaluation of the overall model performance is presented in Volume XI by comparing monitored data with modeled data, and, also, Receptor Modeling results with source apportionments predicted by the dispersion models. In July of 1992, the EPA/RAQC/APCD agreed that the dispersion model generally meets modeling performance standards and is adequate for use in estimating the attainment year concentrations. It is assumed that the modeling system is also adequate for demonstrating continuing maintenance of the standard.

For this maintenance demonstration, ambient air quality data exists for 2001. Availability of this data provides an opportunity to verify model performance based on concentrations that are

paired in space be not time. Meteorological data for 1985 through 1989 were used, therefore, the results cannot be compared in time.

Table 4.7-1 provides a comparison of the modeled and monitored data for 2002. As seen in Table 4.7-1 the model generally over-predicts concentrations in the core Denver area such as the CAMP monitoring station, and, under-predicts concentrations at the suburban sites like Adams City. These same biases were noted in the original model performance evaluation which are presented in Volume XI of the attainment SIP.

**Table 4.7-1: Comparison of Monitored Data Versus 2002 Modeled Values Unpaired in Time**

|  | Monitored Data 24-Hour Highest Monitored Values ($ug/m^3$) | | | | Modeled Data ($ug/m^3$) | | |
|---|---|---|---|---|---|---|---|
|  | 2000 | 2001 | 2002 | Average of Three Year Highest | Modeled Max | Average of the five Highest | Modeled Design Value (sixth high) |
| Adams City/Commerce City | 135 | 134 | 118 | 129 | 120 | 114 | 109 |
| 414ST/Visitor Center | 74 | 119 | 111 | 101 | 148 | 142 | 136 |
| CAMP | 60 | 78 | 88 | 75 | 156 | 152 | 148 |
| CAMP-BETA | 78 | 81 | 96 | 85 | 156 | 152 | 148 |
| South Broadway/Gates | 58 | 49 | 78 | 62 | 160 | 148 | 138 |
| Welby | 45 | 81 | 48 | 58 | 122 | 111 | 105 |
| Welby-BETA | 70 | 97 | 140 | 102 | 122 | 111 | 105 |

## 5.0    Modeling-Based Maintenance Demonstration

### 5.1  Model Results

The modeling process includes using five years of Denver Stapleton data from 1985-1989. Area sources, mobile, and minor point source are modeled using the RAM model. The Industrial Source Complex model (ISC3) was used to model primary $PM_{10}$ and condensible particulate matter when available from major stationary sources. Secondary particulate concentration estimates are based on PM2.5 speciated filter data and proportioned to estimated changes in NOx and $SO_2$ emissions. Primary $PM_{10}$ background concentrations are based on historic monitoring data from Estes Park and Limon.

Table 5.1-1 presents the maximum highest sixth-high concentration model for the base year 2001 and for several projected maintenance years which is comparable to the 24-hour PM10 NAAQS. These total concentrations include the RAM model results, ISC3 model results, secondary proportioned concentration for the maintenance years, and the background concentration.

Page 43