**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-1679

SIERRA CLUB,
ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION,
CHAFEE PARK NEIGHBORHOOD ASSOCIATION, and
COLORADO LATINO FORUM,

      Petitioners,

v.

ELAINE CHAO, in her official capacity as Secretary of Transportation,
FEDERAL HIGHWAY ADMINISTRATION, and
JOHN M. CATER, in his official capacity as Division Administrator,
FEDERAL HIGHWAY ADMINISTRATION, COLORADO DIVISION,

      Respondents.

---

**NOTICE OF RELATED CASES**

---

      Petitioners, the Sierra Club, Elyria and Swansea Neighborhood Association, Chafee Park Neighborhood Association, and Colorado Latino Forum, respectfully submit this notice of related cases.

      On March 15, 2016, the Sierra Club and the Elyria and Swansea Neighborhood Association, along with other parties not involved in this action, filed a Petition for Review challenging final agency action by the United States Environmental Protection Agency ("EPA") that amended the "Transportation Conformity Guidance for Quantitative Hot-spot Analyses in PM2.5 and PM10 Nonattainment and Maintenance Areas." ["Hot-spot Guidance"]. This matter

was filed in the United States Court of Appeals for the District of Columbia Circuit, Docket No. 16-1097.

      The D.C. Circuit case is related to this case because that case challenges the legality of an amended conformity procedure that was relied on by the Federal Highway Administration to make its Conformity Determination for the proposed I-70 Project that is challenged in this proceeding in the District of Colorado. The relevant issue is presented in here in the Petition for Review at Part IV: Clean Air Act Claims, Second CAA Claim. If EPA's 2015 amendment to the conformity procedure challenged in the Court of Appeals is found to be unlawful and vacated, EPA's 2010 conformity procedure should remain in force and effect. FHWA's Conformity Determination for I-70 will be unlawful to the extent that it relied on an unlawful procedure, and failed to comply with the 2010 procedure.

                                            Respectfully submitted,

Dated: July 10, 2017                /s/ Robert E. Yuhnke
                                            Robert E. Yuhnke  (CO Bar No. 12686)
                                            4050 SE Hosner Terrace
                                            Gresham, OR 97080
                                            (303) 499-0425
                                            bob.yuhnke@prodigy.net

                                            /s/ Andrea S. Gelfuso
                                            Andrea S. Gelfuso  (CO Bar No. 19773)
                                            2402 S. Holland Street
                                            Lakewood Co 80227
                                            (303) 955-1910
                                            agelfuso6@gmail.com

                                            /s/ Gregory N. Corbin
                                            Gregory N. Corbin  (CO Bar No. 48468)

Milligan Rona Duran & King LLC
1627 Vine St.
Denver, CO 80206
Tel. 720-414-2000
gnc@mrdklaw.com

COUNSEL FOR PETITIONERS