# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-1679

SIERRA CLUB,
ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION,
CHAFEE PARK NEIGHBORHOOD ASSOCIATION, and
COLORADO LATINO FORUM,

      Petitioners,

v.

ELAINE CHAO, in her official capacity as Secretary of Transportation,
FEDERAL HIGHWAY ADMINISTRATION, and
JOHN M. CATER, in his official capacity as Division Administrator,
FEDERAL HIGHWAY ADMINISTRATION, COLORADO DIVISION,

      Respondents.

---

## PETITIONERS' CORPORATE DISCLOSURE STATEMENTS

---

### I. Sierra Club

Pursuant to Federal Rule of Civil Procedure 7.1, Petitioner Sierra Club submits the following corporate disclosure: Sierra Club has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

### II. Elyria and Swansea Neighborhood Association

Pursuant to Federal Rule of Civil Procedure 7.1, Petitioner Elyria and Swansea Neighborhood Association submits the following corporate disclosure: Elyria and Swansea

Neighborhood Association has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

### III. Colorado Latino Forum

Pursuant to Federal Rule of Civil Procedure 7.1, Petitioner Colorado Latino Forum submits the following corporate disclosure: Colorado Latino Forum has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

Dated: July 10, 2017

/s/ Robert E. Yuhnke
Robert E. Yuhnke  (CO Bar No. 12686)
4050 SE Hosner Terrace
Gresham, OR 97080
(303) 499-0425
bob.yuhnke@prodigy.net

/s/ Andrea S. Gelfuso
Andrea S. Gelfuso  (CO Bar No. 19773)
2402 S. Holland Street
Lakewood Co 80227
(303) 955-1910
agelfuso6@gmail.com

/s/ Gregory N. Corbin
Gregory N. Corbin  (CO Bar No. 48468)
Milligan Rona Duran & King LLC
1627 Vine St.
Denver, CO 80206
Tel. 720-414-2000
gnc@mrdklaw.com

COUNSEL FOR PETITIONERS