**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

No. 1:17-cv-01679

_____ )
)
SIERRA CLUB, et al., )
)
   Plaintiffs, )
) **ENTRY OF APPEARANCE**
  v. )
)
FEDERAL HIGHWAY ADMINISTRATION, )
)
   Defendants. )
)
_____ )

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

  I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

 Federal Highway Administration.

DATED at Denver, Colorado this 2nd day of August, 2017

        JEFFREY H. WOOD
        Acting Assistant Attorney General
        Environment and Natural Resources Division

        BY:  /s/ Carter F. Thurman
        CARTER F. THURMAN
        U.S. Department of Justice
        Environment and Natural Resources Division
        P.O. Box 7611
        Washington, DC 20044-7611
        Tel:  (202) 305-0444 (Thurman)
        Fax: (202) 305-0506
        Email: Carter.Thurman@usdoj.gov
        GA Bar No. 691275

        *Attorneys for Federal Defendants*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of August, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Andrea S. Gelfuso
2402 South Holland Street
Lakewood , CO  80227
303-955-1910
Email:Agelfuso6@gmail.Com

Robert E. Yuhnke
Robert E. Yuhnke & Associates
4050 Se Hosner Terrace
Gresham , OR  97080
303-499-0425
Email:Bob.Yuhnke@prodigy.Net

Gregory Nicholas Corbin
Milligan Rona Duran & King, LLC-Denver
1627 Vine Street
Denver , CO  80206
720-414-2000
Fax: 855-395-5525
Email:Gnc@mrdklaw.Com

BY: /s/ Carter F. Thurman
CARTER F. THURMAN
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611
Tel:  (202) 305-0444 (Thurman)
Fax: (202) 305-0506
Email: Carter.Thurman@usdoj.gov
GA Bar No. 691275