# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

No. 1:17-cv-01679

_____ )
                                        )
SIERRA CLUB, et al.,                    )
                                        )
                Petitioners,            )
                                        )   **NOTICE OF ENTRY OF**
        v.                              )   **APPEARANCE**
                                        )
ELAINE CHAO, et al.,                    )
                                        )
                Respondents.            )
                                        )
_____  )

## NOTICE OF APPEARANCE

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel of record on behalf of respondents Elaine Chao, in her official capacity as Secretary of Transportation, Federal Highway Administration, and John M. Carter, in his official capacity as Division Administration, Federal Highway Administration, Colorado Division.

Respectfully submitted this 3rd of August, 2017.

        JEFFREY H. WOOD
        Acting Assistant Attorney General
        Environment and Natural Resources Division

        BY: /s/ Mayte Santacruz
        MAYTE SANTACRUZ
        U.S. Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section
        P.O. Box 7611
        Washington, DC 20044-7611
        (202) 305-0465 (phone)
        (202) 305-0506 (fax)
        mayte.santacruz@usdoj.gov
        CA Bar No. 259820

        *Attorneys for Respondents*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Robert E. Yuhnke
4050 SE Hosner Terrace
Gresham, OR 97080
(303) 499-0425
bob.yunhke@prodigy.net

Andrea S. Gelfuso
2402 S. Holland Street
Lakewood, CO 80227
(303) 955-1910
agelfuso6@gmail.com

Gregory N. Corbin
Milligan Rona Duran & King LLC
1627 Vine Street
Denver, CO 80206
(720) 414-2000
gnc@mrdklaw.com

*Attorneys for Petitioners*

                                    BY:  /s/ Mayte Santacruz
                                    MAYTE SANTACRUZ
                                    U.S. Department of Justice
                                    Environment and Natural Resources Division
                                    Natural Resources Section
                                    P.O. Box 7611
                                    Washington, DC 20044-7611
                                    (202) 305-0465 (phone)
                                    (202) 305-0506 (fax)
                                    mayte.santacruz@usdoj.gov
                                    CA Bar No. 259820