IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 1:17-cv-1679

| | |
|---|---|
| SIERRA CLUB, et al., | |
| Petitioners, | **FEDERAL DEFENDANTS' NOTICE OF FILING OF UNOPPOSED MOTION TO CONSOLIDATE** |
| v. | |
| ELAINE CHAO, et. al., | |
| Respondents. | |

**FEDERAL DEFENDANTS' NOTICE
OF FILING OF UNOPPOSED MOTION TO CONSOLIDATE**

Pursuant to Local Rule 42.1, Federal Defendants notify the Court and Plaintiffs in this action that it has filed an unopposed motion in *Zeppelin et al. v. Federal Highways Administration*, No. 1:17-cv-01661 (D. Colo., filed July 9, 2017), to consolidate this action with that one.

Respectfully submitted this 8th day of September, 2017.

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division

BY:  /s/ *Carter F. Thurman*
CARTER F. THURMAN (GA Bar No. 691275)
MAYTE SANTACRUZ (CA Bar No. 259820)
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611
(202) 305-0444 (Thurman)
(202) 305-0465 (Santacruz)
(202) 305-0506 (fax)
carter.thurman@usdoj.gov
mayte.santacruz@usdoj.gov

1

2

*Attorneys for Federal Defendants*

<u>Of Counsel:</u>
Brent Allen
Federal Highway Administration
Office of the Chief Counsel, Western Legal Services Division
Lakewood, Colorado
(720) 963-3692
brent.allen@dot.gov

## CERTIFICATE OF SERVICE

I do hereby certify that on this 8th day of September, 2017, the foregoing Federal Defendants' Notice of Filing of Unopposed Motion to Consolidate was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Andrea S. Gelfuso
Andrea Gelfuso, Attorney at Law
2402 South Holland Street
Lakewood, CO  80227
303-955-1910
Agelfuso6@gmail.Com

Robert E. Yuhnke
Robert E. Yuhnke & Associates
4050 Se Hosner Terrace
Gresham, OR  97080
303-499-0425
Bob.Yuhnke@prodigy.Net

Gregory Nicholas Corbin
Milligan Rona Duran & King, LLC-Denver
1627 Vine Street
Denver , CO  80206
720-414-2000
Gnc@mrdklaw.Com

                                          BY:  /s/ *Carter F. Thurman*
                                          CARTER F. THURMAN (GA Bar No. 691275)
                                          MAYTE SANTACRUZ (CA Bar No. 259820)
                                          U.S. Department of Justice
                                          Environment and Natural Resources Division
                                          P.O. Box 7611
                                          Washington, DC 20044-7611
                                          (202) 305-0444 (Thurman)
                                          (202) 305-0465 (Santacruz)
                                          (202) 305-0506 (fax)
                                          carter.thurman@usdoj.gov
                                          mayte.santacruz@usdoj.gov

                                          *Attorneys for Federal Defendants*