IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM, <br><br> Petitioners <br><br> v. <br><br> ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER, in his official capacity as Division Administrator, Federal Highway Administration, Colorado Division, <br><br> Respondents <br><br> and <br><br> COLORADO DEPARTMENT OF TRANSPORTATION, <br><br> Proposed Intervenor Respondent | CIVIL ACTION NO. 1:17-CV-01679 |

**ENTRY OF APPEARANCE**

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Proposed Intervenor Respondent Colorado Department of Transportation.

2

                                        Respectfully submitted,

                                        JOHN E. PUTNAM
                                        KAPLAN KIRSCH & ROCKWELL LLP
                                        1675 Broadway, Suite 2300
                                        Denver, CO  80202
                                        (303) 825-7000
                                        jputnam@kaplankirsch.com


SEPT. 8, 2017                                  *s/ John E. Putnam*
                                        JOHN E. PUTNAM

2

## CERTIFICATE OF SERVICE

I hereby certify that on this eighth day of September, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Robert E. Yuhnke
4050 SE Hosner Terrace
Gresham, OR 97080
(303) 499-0425
bob.yuhnke@prodigy.net

Andrea S. Gelfuso
2402 S. Holland Street
Lakewood, CO 80227
(303) 955-1910
agelfuso6@gmail.com

Gregory N. Corbin
Milligan Rona Duran & King LLC
1627 Vine Street
Denver, CO 80206
(720) 414-2000
gnc@mrdklaw.com

Carter F. Thurman
Mayte Santacruz
U.S. Department of Justice
Env't & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 305-0465 (phone)
(202) 305-0506 (fax)
carter.thurman@usdoj.gov
mayte.santacruz@usdoj.gov

*s/ John E. Putnam*
JOHN E. PUTNAM

3