IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM, <br><br> Petitioners <br><br> v. <br><br> ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER, in his official capacity as Division Administrator, Federal Highway Administration, Colorado Division, <br><br> Respondents <br><br> and <br><br> COLORADO DEPARTMENT OF TRANSPORTATION, <br><br> Proposed Intervenor Respondent | CIVIL ACTION NO.  1:17-CV-01679 |

**[PROPOSED] ORDER GRANTING COLORADO DEPARTMENT OF TRANSPORTATION'S MOTION TO INTERVENE AS A RESPONDENT**

THIS MATTER comes before the Court on the Colorado Department of Transportation's ("CDOT") motion to intervene.  The Court finds good cause to grant the motion.

2

IT IS HEREBY ORDERED that CDOT's motion to intervene as a defendant is GRANTED and the proposed Answer attached to CDOT's motion is FILED.

Dated this ____ day of _____, 2017.

BY THE COURT

_____
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this eighth day of September, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Robert E. Yuhnke
4050 SE Hosner Terrace
Gresham, OR 97080
(303) 499-0425
bob.yuhnke@prodigy.net

Andrea S. Gelfuso
2402 S. Holland Street
Lakewood CO 80227
(303) 955-1910
agelfuso6@gmail.com

Gregory N. Corbin
Milligan Rona Duran & King LLC
1627 Vine Street
Denver, CO 80206
Tel. 720-414-2000
gnc@mrdklaw.com

Carter F. Thurman
Mayte Santacruz
U.S. Department of Justice
Env't & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 305-0465 (phone)
(202) 305-0506 (fax)
carter.thurman@usdoj.gov
mayte.santacruz@usdoj.gov

*s/ Nicholas A. DiMascio*
NICHOLAS A. DIMASCIO