# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

    Petitioners

v.

ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER, in his official capacity as Division Administrator, Federal Highway Administration, Colorado Division,

    Respondents

and

COLORADO DEPARTMENT OF TRANSPORTATION,

    Proposed Intervenor Respondent

CIVIL ACTION NO. 1:17-CV-01679

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Proposed Intervenor Respondent Colorado Department of Transportation.

Respectfully submitted this 8th day of September 2017.

                                CYNTHIA H. COFFMAN
                                ATTORNEY GENERAL

                                S/ Brent Butzin
                                _____
                                BRENT E. BUTZIN, 40636
                                ASSISTANT ATTORNEY GENERAL
                                Ralph L. Carr Colorado Judicial Center
                                1300 Broadway, Tenth Floor
                                Denver, CO  80203
                                (720) 508-6628
                                brent.butzin@coag.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Robert E. Yuhnke
4050 SE Hosner Terrace
Gresham, OR 7080
(303) 499-0425
bob.yuhnke@prodigy.net

Andrea S. Gelfuso
2402 S. Holland Street
Lakewood CO 80227
(303) 955-1910
agelfuso6@gmail.com

Gregory N. Corbin
Milligan Rona Duran & King LLC
1627 Vine St.
Denver, CO 80206
(720) 414-2000
gnc@mrdklaw.com

Carter F. Thurman
Mayte Santacruz
U.S. Department of Justice
Env't & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 305-0465
Carter.thurman@usdoj.gov
Mayte.santacruz@usdoj.gov

John E. Putnam
Nicholas A. DiMascio
Kaplan Kirsch & Rockwell, LLP
1675 Broadway, Suite 2300
Denver, CO  80202
(303) 825-7000
ndimascio@kaplankirsch.com

s/ Mary Jane Vinette
Paralegal