## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-1679-AP

SIERRA CLUB, et al.,

        Petitioners,

    v.

ELAINE CHAO, et al.,

        Respondents,

_____

## NOTICE OF APPEARANCE
_____

    David A. Carson, a member of the bar in this Court, hereby gives notice of his appearance as counsel on behalf of Respondents Elaine Chao, Secretary of Transportation, the Federal Highway Administration, and John M. Carter, Division Administrator, Federal Highway Administration, Colorado Division. Mr. Carson's contact information is provided in his signature block below.

Respectfully submitted,

*s/David A. Carson*
DAVID A. CARSON
United States Department of Justice
Environmental Natural Resources Division
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
(303) 844-1349
david.a.carson@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that on September 8, 2017, the undersigned caused this document to be served by filing it through the Court's ECF system. Any counsel not registered with the Court's ECF system will be served by United States mail.

/s/David A. Carson