## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-1679-AP

SIERRA CLUB, et al.,

      Petitioners,

  v.

ELAINE CHAO, et al.,

      Respondents,

## JOINT CASE MANAGEMENT PLAN FOR PETITION
## FOR REVIEW OF AGENCY ACTION

### 1.   APPEARANCES OF COUNSEL

For Petitioners:

Andrea S. Gelfuso
Andrea Gelfuso, Attorney at Law
2402 South Holland Street
Lakewood, CO  80227
303-955-1910
Agelfuso6@gmail.Com

Robert E. Yuhnke
Robert E. Yuhnke & Associates
4050 Se Hosner Terrace
Gresham, OR  97080
303-499-0425
Bob.Yuhnke@prodigy.Net

Gregory Nicholas Corbin
Milligan Rona Duran & King, LLC-Denver
1627 Vine Street
Denver , CO  80206
720-414-2000
Gnc@mrdklaw.Com

For Respondents:

Carter Fleeth Thurman
Mayte Santacruz
United States Department of Justice
Environmental Natural Resources Division
Natural Resources Section
601 D Street, N.W.
Washington, DC 20004
(202) 305-0444 (Thurman)
(202) 305-0465 (Santacruz)
carter.thurman@usdoj.gov
mayte.santacruz@usdoj.gov

David A. Carson
United States Department of Justice
Environmental Natural Resources Division
Environmental Defense Section
Denver Place Building
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
(303) 844-1349
david.a.carson@usdoj.gov

- 2 -

- 3 -

<u>For Proposed Respondent Intervenor</u>:

John E. Putnam
Nicholas A. DiMascio
Kaplan Kirsch & Rockwell LLP
1675 Broadway, Suite 2300
Denver, CO  80202
(303) 825-7000
jputnam@kaplankirsch.com
ndimascio@kaplankirsch.com

Brent E. Butzin
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6638
Brent.Butzin@coag.gov

**2.       STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

Petitioners allege that the Court has jurisdiction based on the presentation of a federal question, 28 U.S.C. § 1331, and the request for judicial review of final agency action, 5 U.S.C. §§ 701-706.  Respondents and Respondent Intervenor reserve the right to challenge jurisdiction.

**3.       DATES OF FILING OF RELEVANT PLEADINGS**

**A.       Date Petition for Review Was Filed:**

The Petition for Review of Agency Action was filed on July 10, 2017.

**B.       Date Petition for Review Was Served on U.S. Attorney's Office:**

The Petition for Review of Agency Action was served on the U.S. Attorney's Office on July 19, 2017.

      **C.**     **Date Answer or Other Response Was Filed:**

Responses have not yet been filed. The parties stipulate that Respondents' and Respondent Intervenor's Answers to Petitioners' Petition for Review of Agency Action are due on or before September 29, 2017.

**4.    STATEMENT(S) REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

As stated in Petitioners' Notice of Related Cases (ECF 2), Petitioners contend that the status of the Conformity Determination at issue in this case (ECF 1 ¶¶ 232-241) is related to claims that some of the Petitioners have brought via a petition for review in the U.S. Court of Appeals for the D.C. Circuit (No. 16-1079). The D.C. Circuit case is scheduled for oral argument on September 19, 2017. Within 21 days of the D.C. Circuit panel's ruling, the Parties to this case agree to confer regarding the status of the Clean Air Act Claims in this case and whether any changes to this Joint Case Management Plan are necessary. If the Parties do not agree regarding the need for or content of revisions to the Plan, either Party may file a motion to modify the Plan. Each Party reserves the right to oppose any such motion, except that the Parties recognize that the D.C. Circuit's ruling will constitute "good cause" for the filing (but not necessarily the merits) of the motion.

If the D.C. Circuit does not issue its mandate before January 5, 2018, Petitioners in this proceeding reserve the right to move this Court to stay briefing on their Clean Air Act conformity claims pending a final disposition of the petition for review by the D.C. Circuit. Respondents and Intervenor Respondent reserve the right to oppose any such motion.

**5.     OTHER MATTERS**

Petitioners intend to file for a preliminary injunction or a stay of the Record of Decision under 5 U.S.C. § 705, on or before November 6, 2017.  Respondents' and Respondent-Intervenor's separate Response Briefs are due 30 days from filing of Petitioners' Motion.  Petitioners' Reply is due 16 days from filing of the Response Briefs.  Petitioners' Motion and Respondents' and Respondent-Intervenor's separate Response Briefs shall not exceed 9,500 words each, exclusive of exhibits or items listed in Fed. R. App. P. 32(f).   Petitioners shall file a single reply brief of not more than 7,500 words.

**6.     PROPOSED BRIEFING SCHEDULE**

   **A.     Deadline for Filing Administrative Record:**

 The parties have agreed to proceed with a partial administrative record.   The parties will promptly meet and confer regarding the topics to be included in the partial administrative record.  Respondents will produce a partial administrative record on or before November 20, 2017.  The content of the partial record will be based upon a written agreement by Petitioner and Respondents by September 22, 2017.

   **B.     Deadline for Parties to Confer on Record Disputes:**

The deadline for parties to confer on record disputes is January 16, 2018.

   **C.     Deadline for Filing Motions to Complete and/or Supplement the Administrative Record:**

The deadline for motions to complete and/or supplement the record is February 5, 2018.  Response and Reply deadlines for any motions to complete or supplement will be governed by D.C.COLO.L.Civ.R. 7.1(C).  The parties are familiar with the Court's decisions in CNE v.

Salazar, 711 F. Supp.2d 1267 (D. Colo. 2010); and Wild Earth Guardians v. USFS, 713 F.Supp.2d 1243 (D. Colo. 2010).

### D. Petitioners' Opening Brief Due:

Petitioners' Opening Brief is due on March 7, 2018.  If there are challenges to the record, Petitioners' Opening Brief is due 30 days after the Court issues an Order resolving all such motions.  Petitioners' Opening Brief shall not exceed 14,000 words, excluding those items mentioned in Fed. R. App. P. 32(f).

### E. Respondents' and Respondent-Intervenor's Response Briefs Due:

Respondents and Respondent-Intervenor will file separate Response Briefs. Respondents' and Respondent-Intervenor's Response Briefs are due 60 days after the filing of Petitioners' Opening Brief.  Respondent and Respondent-Intervenor's Response Briefs shall not exceed 14,000 words each, excluding those items mentioned in Fed. R. App. P. 32(f).

### F. Petitioners' Reply Brief Due:

Petitioners will file a single Reply Brief.  Petitioners' Reply Brief is due 25 days after Respondents and Respondent-Intervenor file their Response Briefs.  Petitioners' Reply Brief shall not exceed 11,000 words, excluding those items mentioned in Fed. R. App. P. 32(f).

## 7. STATEMENTS REGARDING ORAL ARGUMENT

### A. Petitioners' Statement:

Petitioners believe oral argument is likely to be helpful to the Court given the complexity of this case.

### B Respondents and Respondent-Intervenor's Statement:

If oral argument would be helpful to the Court, Respondents and Respondent-Intervenor

will be pleased to present argument after the close of merits briefing.

**8.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

A.     ( )     **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.     ( X )     **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**9.     OTHER MATTERS**

Parties filing motions for extension of time or continuances will comply with Fed. R. Civ. P. 5(d)(1) and D.C.COLO.LCivR 5.1(d) by serving a copy of the motion through electronic service upon all attorneys of record, certified by the Notice of Electronic Filing.  Parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 6.1(c) by serving such motion on the moving attorney's client (agency counsel in the case of Respondents and Respondent-Intervenors).

**10.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that this Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this _____ day of September, 2017.

                                        BY THE COURT

                                        _____
                                        U.S. District Court Judge

APPROVED:

| | |
|---|---|
| */s/ Robert E. Yuhnke* | */s/ Carter F. Thurman* |
| Robert E. Yuhnke | Carter F. Thurman |
| 4050 Se Hosner Terrace | Mayte Santacruz |
| Gresham, OR  97080 | US Department of Justice |
| Yuhnke@prodigy.Net | Natural Resources Section |
| 303-499-0425 | 601 D Street, NW |
| | Washington, DC 20004 |
| Andrea S. Gelfuso | 202-305-0444 (Thurman) |
| Andrea Gelfuso, Attorney at Law | 202-305-0465 (Santacruz) |
| 2402 South Holland Street | carter.thurman@usdoj.gov |
| Lakewood , CO  80227 | mayte.santacruz@usdoj.gov |
| 303-955-1910 | |
| Email:Agelfuso6@gmail.Com | David A. Carson |
| | US Department of Justice |
| Gregory Nicholas Corbin | Environmental Defense Section |
| Milligan Rona Duran & King, LLC-Denver | 999 18th Street |
| 1627 Vine Street | South Terrace, Suite 370 |
| Denver , CO  80206 | Denver, CO 80202 |
| 720-414-2000 | 303-844-1349 |
| Fax: 855-395-5525 | david.a.carson@usdoj.gov |
| Email:Gnc@mrdklaw.Com | |
| *Attorneys for Petitioners* | *Attorneys for Respondent* |

*/s/ Nicholas A. DiMascio*

John E. Putnam
Nicholas A. DiMascio
Kaplan Kirsch & Rockwell LLP
1675 Broadway, Suite 2300
Denver, CO  80202
(303) 825-7000
jputnam@kaplankirsch.com
ndimascio@kaplankirsch.com

Brent E. Butzin
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6638
Brent.Butzin@coag.gov

*Attorneys for Intervenor Respondent*

## CERTIFICATE OF SERVICE

It is hereby certified that on September 8, 2017, the undersigned caused this document to be served by filing it through the Court's ECF system. Any counsel not registered with the Court's ECF system will be served by United States mail.

*/s/David A. Carson*