**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge Wiley Y. Daniel**

Civil Action No. 17-cv-01679-WYD

SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION;
CHAFEE PARK NEIGHBORHOOD ASSOCIATION; and
COLORADO LATINO FORUM,

    Petitioners

v.

ELAINE CHAO, in her official capacity as Secretary of Transportation; and
JOHN M. CARTER, in his official capacity as Division Administrator, Federal Highway
Administration, Colorado Division,

    Respondents

and

COLORADO DEPARTMENT OF
TRANSPORTATION,

    Intervenor Respondent.

_____

**ORDER GRANTING THE COLORADO DEPARTMENT OF TRANSPORTATION'S**
**UNOPPOSED MOTION TO INTERVENE AS A RESPONDENT**
_____

THIS MATTER comes before the Court on the Colorado Department of Transportation's (collectively, "CDOT") unopposed motion to intervene as a respondent (ECF No. 15). The Court finds good cause to grant the motion as follows.

It is ORDERED that CDOT's Motion to Intervene as a Respondent is **GRANTED** and the proposed Answer attached to the motion is deemed filed.

Dated: September 11, 2017

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Senior United States District Judge