# Exhibit 20

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-1661-WJM-MEH
*Consolidated with* 17-cv-1679-WJM-MEH

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER;

and

SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER, in his official capacity as Division Administrator, Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

Defendant-Intervenors.

---

## DECLARATION OF BRENDA LOVATO

---

I, Brenda Lovato, declare as follows:

1. The facts set forth in this declaration are based on my own personal knowledge, information, and belief.

2. I am 60 years old and competent to testify to all matters contained herein.

1 – Declaration of Brenda Lovato

3. I am a member of Elyria Swansea Neighborhood Association.

4. I live at 4696 Josephine Street. My home is within one block of I-70 where it currently lies, and I think I'll be even closer once they widen the highway. On October 31, 2017, I was told that mitigation for my house would include replacing windows, sealing doors, a new air conditioning unit, and possibly a new furnace.

5. I have lived in my home for 36 years. My husband and I never smoked and we kept our house smoke-free. I raised my five children and a grandchild in this home. One of my daughters and her two children lived here off and on for about ten years, between 2005 and 2015, and my 21-year old grandson lives with me now.

6. I have 14 grandchildren, and I take care of 10 of them on a regular basis—when they come over and play, and when they come over every Wednesday for Bible study. The ages of these 10 grandchildren are 15 years, 11 years, 10 years (two children), seven years (two children), five years, two years (two children), and one year.

7. My fifteen-year-old granddaughter has allergies that require her to use an inhaler. One of my ten-year old grandchildren has asthma. If this grandson goes outside at my home, he tells me that he can feel the effect the air has on him and does not feel well and asks to go back inside. He and his parents live in Englewood away from highways, but he comes over to my home every Wednesday for Bible study. He does not suffer the same difficulties when he goes outside at his home in Englewood. In addition, when I take him to parks outside of my neighborhood and away from any highways or construction, he does not complain about the air quality or not feeling well.

2 – Declaration of Brenda Lovato

8. When the U.S. Environmental Protection Agency ("EPA") performed cleanups of the toxic soil in my neighborhood, my husband worked for the EPA, he gathered samples of dust inside and outside of the houses in Swansea and Elyria.

9. My husband's family grew up in the Globeville, Elyria and Swansea neighborhoods. My husband and two of his brothers died from cancer. Two of his sisters also have cancer.

10. My husband passed away from cancer in 2013, around six months after he was diagnosed with inoperable tumors on his liver. My husband was constantly outside. Every summer, starting in the 1980s and until he got sick, my husband worked in our yard. Every year, he dug up the yard and put down new sod, because every year, the grass died.

11. The Final EIS for the I-70 Project explains that heavy-duty, diesel-powered construction equipment will be used for four to five years to excavate and haul 3.9 million cubic yards of soil and debris from demolishing the viaduct and constructing a 280' wide right of way with 10 travel lanes, two shoulder lanes and two to four frontage lanes. Between Brighton Boulevard and Colorado Boulevard the Project will be dug up to 40 feet deep in a 1.8 mile long trench through hazardous waste disposal sites known to be contaminated with toxic metals, including lead, arsenic and cadmium. I understand that construction will require heavy-duty, diesel-powered equipment, such as front loaders, excavators, heavy duty haul trucks, cement mixers, and asphalt spreaders that emit air pollutants that the U.S. Environmental Protection Agency has found to be harmful to

3 – Declaration of Brenda Lovato

human health, including fine particles (PM2.5), dust particles (PM10), nitrogen oxides and mobile source air toxics.

12. I understand that the Final Environmental Impact Statement for the I-70 project states that construction will add more pollution to our neighborhood because exhaust from the diesel construction equipment will increase fine particles and PM10 will increase from dust emissions contaminated with lead, arsenic, and cadmium. During the construction period, I expect that I will be exposed to both increased particulate matter from construction activities and toxic heavy metals that will become airborne in the construction dust.

13. I understand from the mitigation described in the Final EIS that CDOT will only collect soil samples in "three or four recently cleaned-up residential properties" to test for heavy metal contaminants to make sure the properties are not re-contaminated, but that CDOT has not committed to test for toxic metals to identify contaminated soils before they are disturbed and to take actions necessary to prevent community exposure by stopping contaminated soil particles from becoming airborne.

14. I am extremely concerned about the toxic nature of the soil that will be dug up during construction of the highway and the dust from construction. I am worried for my own health and that of my grandchildren, including the 21 year-old grandson who lives with me. I am especially worried that my 10 year-old grandson with asthma and my 15 year-old granddaughter who uses an inhaler will be particularly susceptible to increases in

    dust and other particles in the air and that their already compromised health will worsen.

15. During the construction period, my family and I will be forced to stay inside in order to protect our health, and we will be subjected to increases in road noise and dust kicked up during the construction. I will be unable to open my windows or spend much time out of doors in my neighborhood, in my yard or even on my porch. All of these things will make it very unpleasant and unsafe for my grandchildren to visit or play outside at my house or in my neighborhood. They will lose out on being in the outdoors during the visits, something that will never be able to be replaced. My family and I will be unable to work or play in my yard or conduct outdoor home maintenance. As a practical matter, we will be prisoners in my home for an unknown period of years.

16. If called as a witness, I could and would testify competently as to the facts and opinions stated above.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed at Denver, CO, this __3__ day of November 2017.

*Brenda Lovato*
Brenda Lovato

5 – Declaration of Brenda Lovato