# Exhibit 24

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-1661-WJM-MEH
*Consolidated with* 17-cv-1679-WJM-MEH

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER;

and

SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER, in his official capacity as Division Administrator, Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

Defendant-Intervenors.

## DECLARATION OF DREW DUTCHER

I, Drew Dutcher, declare as follows:

1. The facts set forth in this declaration are based on my own personal knowledge, information, and belief.

2. I am 59 years old and competent to testify to all matters contained herein.

1 – Declaration of Drew Dutcher

3. I am the President of the Elyria and Swansea Neighborhood Association, a Plaintiff organization in the above captioned matter.

4. I live at 4653 High Street. I own my home and have lived here for 10 years. Currently, my brother Robert, who has just moved back to Denver, lives with me.

5. I have reviewed some of the published plans regarding the Central 70 Project. It is my understanding that my house will be only one house away from the post-construction I-70 highway. In other words, I will be living in a construction zone during the demolition of the existing viaduct, excavation of the trench for the new highway, and construction of the access ramps, roadbed, and frontage roads for I-70.

6. During the spring and summer, I garden and host outdoor events at my home. Currently, I refrain from gardening during rush hour because of the noticeably worse air quality from about 3:00 pm to around 6:00 pm on weekdays. During the growing season, I start planting my garden in the early spring. I have constructed raised garden beds for growing vegetables. I plant every year and tend my garden from mid-March to late October. This requires regular watering (1 hour per day or more), planting, tilling, harvesting, and weeding. I often spend even more time in my garden on the weekends and tackle construction projects, such as building trellises.

7. One of the major reasons I purchased my home is because of the size of the yard and my ability to grow an expansive garden. In fact, I have big plans for my garden. I want to plant fruit trees and to grow grapes for an outdoor shaded area with grapes on the trellis. Additionally, I want to do some xeriscaping in the front yard. I have even gone so far as

2 – Declaration of Drew Dutcher

to draw up landscaping plans for this work with the help of a friend who is a professional landscape architect.

8. I am remodeling my barn/garage structure into an accessory dwelling unit. With the help of my brother, we will do the majority of the work ourselves.

9. The Final EIS for the I-70 Project explains that heavy-duty, diesel-powered construction equipment will be used for four to five years to excavate and haul 3.9 million cubic yards of soil and debris from demolishing the viaduct and constructing a 280' wide right of way with 10 travel lanes, two shoulder lanes and two to four frontage lanes. Between Brighton Boulevard and Colorado Boulevard, the Project will be dug up to 40 feet deep in a 1.8 mile long trench through hazardous waste disposal sites known to be contaminated with toxic metals, including lead, arsenic and cadmium. I understand that construction will require heavy-duty, diesel-powered equipment, such as front loaders, excavators, heavy duty haul trucks, cement mixers, and asphalt spreaders that emit air pollutants that the U.S. Environmental Protection Agency has found to be harmful to human health, including fine particles (PM2.5), dust particles (PM10), nitrogen oxides and mobile source air toxics.

10. I understand that the Final Environmental Impact Statement for the I-70 project states that construction will add more pollution to our neighborhood because exhaust from the diesel construction equipment will increase fine particles. Additionally, PM10 will increase from dust emissions contaminated with lead, arsenic, and cadmium. During the construction period, I expect that I will be exposed to both increased particulate matter

from construction activities and toxic heavy metals that will become airborne in the construction dust.

11. I understand from the mitigation described in the Final EIS that CDOT will only collect soil samples in "three or four recently cleaned-up residential properties" to test for heavy metal contaminants to make sure the properties are not re-contaminated, but that CDOT has not committed to test for toxic metals to identify contaminated soils before they are disturbed and to take actions necessary to prevent community exposure by stopping contaminated soil particles from becoming airborne.

12. I am extremely concerned about the health risks resulting from the proximity of my home to the construction area. I am concerned about the adverse health effects likely to result from breathing in these toxic particulates during the construction period.

13. At this time, it is my understanding that CDOT will provide various mitigation measures, which may include interior storm windows, portable air conditioning units, and some sort of filtration measures to be appended to my existing HVAC system in a piecemeal manner.

14. This mitigation is both insufficient and oppressive. In my experience as an architect, interior storm windows are unable to be opened. In order to avoid exposure to harmful dust, emissions, and particulates, I will be required to shutter myself in my home, and be unable to open windows on nice days. I am further concerned about the piecemeal effort to "upgrade" the filtration on my HVAC system, especially given that my home is 127 years old (built in 1890).

4 – Declaration of Drew Dutcher

15. I am a full-time architect. I work five days each week downtown and often have to work from home, including evenings and weekends. When I work downtown, I typically drive.

16. In addition to my professional work, I am involved in a number of community organizations. I am the citizen representative on the Executive Oversight Committee for the Redevelopment of the National Western Center. From 2010-2012, I was the neighborhood representative for Elyria Swansea on the Preferred Alternative Collaboration Team (PACT), which worked on finding a solution for I-70 reconstruction. I am a Delegate-at-large for the Inter-Neighborhood Cooperation, which is an umbrella association of Registered Neighborhood Organizations in the City of Denver. I am a member of a community advisory group with the City of Denver and the EPA for work related to the Vasquez Boulevard and I-70 Superfund site that includes Globeville, Elyria and Swansea Neighborhoods. I am the President of the Elyria Swansea Neighborhood Association, which is a Registered Neighborhood Organization in the City of Denver. I do a lot of the work related to these organizations from my home. I am often required to be on the phone. This also requires significant travel to meetings within and around the Elyria and Swansea neighborhood.

17. The noise from the construction work will likely disrupt my home office routine. I am regularly on the phone, and the noise from construction will interrupt my ability to fully do my job and participate in my civic activities. Noise will make my home almost unlivable.

18. In addition, I have heard, but not confirmed, that CDOT has warned that much of the construction activity will be conducted through the night under bright lights. If so, the noise and bright lights during nighttime construction will disturb sleep and prevent the normal use and enjoyment of my house and yard.

19. Because I know my home will be immediately adjacent to the construction area, I expect that my street will be used, in part, as a staging area. This will prevent family and friends from wanting to visit, and when they do visit, guests will not be able to park at or near my home.

20. I am also concerned about the dust created during the demolition and excavation. This will release a range of unknown particulates into the air. I am worried about the effect this will have on my health due to the quality of the air. I am also very worried about the extent and nature of dust and particulates that the demolition and excavation will deposit on my yard, because I will be exposed to these materials when I work in my garden or rake leaves.

21. I'm also worried about physical damage to the structure of my home. Specifically, when a house was being torn down 2 blocks away, the demolition shook my house. I am concerned that the vibrations or impacts from the demolition of the current viaduct will damage my home's foundation. Additionally, I am worried that the particulates in the air will prematurely age my furnace and the HVAC system in my home.

22. Money will be insufficient to compensate me for my injuries because it will be unable to put me in the same position I would have been in, had construction not started, namely I

6 – Declaration of Drew Dutcher

will miss out on years of proper gardening, my business will be affected by the noise, and my health and well-being will be worsened by exposure to the dust kicked up during construction and the plumes of diesel exhaust from heavy equipment.

23. Additionally, I submitted numerous comments both personally and as President of the Elyria Swansea Neighborhood Association, during the Notice and Comment period provided for this project under the National Environmental Protection Act.

24. I and other members of the Elyria Swansea Neighborhood Association will be irreparably harmed if CDOT moves forward with construction during the pendency of this litigation because the Federal Highway Administration and the Colorado Department of Transportation failed to properly consider the alternative of removing I-70 from these neighborhoods, restoring 46th Avenue as an urban arterial, and transferring the air pollution impacts of high traffic volumes to the I-76 and I-270 corridors where pollution levels are less and exposed populations are significantly smaller.

25. I have reviewed each of the declarations submitted with my declaration. Attached to my declaration as Attachment 1, is a map that fairly and accurately represents the locations of each home or workplace of each declarant.

26. If called as a witness, I could and would testify competently as to the facts and opinions stated above.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

7 – Declaration of Drew Dutcher

Executed at Denver, CO, this 5th day of November 2017.

*/s/ Drew Dutcher*

Drew Dutcher

8 – Declaration of Drew Dutcher



Attachment 1 - Declaration of Drew Dutcher