# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CIVIL ACTIONS NO. 17-cv-01661-WJM-MEH
*CONSOLIDATED with* 17-cv-01679-WJM-MEH

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; and JANET FEDER;

SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER, in his official capacity as Division Administrator,

    Defendants,

and

COLORADO DEPARTMENT OF TRANSPORTATION, and MICHAEL P. LEWS, in his official capacity as Executive Director of the Colorado Department of Transportation

    Defendant-Intervenors.

| | |
|---|---|
| BRENT E. BUTZIN | JOHN E. PUTNAM |
| Assistant Attorney General | NICHOLAS A. DIMASCIO |
| Ralph L. Carr Colorado Judicial Center | KAPLAN KIRSCH & ROCKWELL LLP |
| 1300 Broadway, 10th Floor | 1675 Broadway, Suite 2300 |
| Denver, CO 80203 | Denver, co 80202 |
| (720) 508-6638 | (303) 825-7000 |
| Brent.butzin@coag.gov | jputnam@kaplankirsch.com |
| | ndimascio@kaplankirsch.com |

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

2

I, Harry S. Morrow, Senior Assistant Attorney General of the Colorado Attorney General's Office, hereby certify that I am a member in good standing of the federal bar and do hereby enter my appearance in this case as counsel for Defendant-Intervenor Colorado Department of Transportation.

Respectfully submitted this 8th day of January, 2018.

        CYNTHIA H. COFFMAN
        ATTORNEY GENERAL

        *s/ Harry S. Morrow*
        _____
        HARRY S. MORROW, #12435
        Senior Assistant Attorney General
        Transportation Unit
        Litigation & Employment Section
        Ralph L. Carr Colorado Judicial Center
        1300 Broadway, 10th Floor
        Denver, Colorado  80203
        Telephone:  720-508-6628
        FAX:  720-508-6032
        Email:  Harry.Morrow@coag.gov

        Attorneys for Colorado Department of Transportation

## **CERTIFICATE OF SERVICE**

  This is to certify that I have duly served the within Entry of Appearance upon all parties herein by electronic filing using the CM/EDF system and by depositing copies of same in the United States mail, first-class postage prepaid, at Denver, Colorado, this 8th day of January, 2018, addressed as follows:

Melissa A. Hailey, Aaron D. Goldhamer
Keating Wagner Polidori Free, P.C.
1290 Broadway, Suite 600
Denver, CO  80203
(303) 534-0401, (303) 534-8333
mah@keatingwagner.com
agoldhamer@keatingwagner.com

James Jay Tutchton
Tuchton Law Office
6439 East Maplewood Avenue
Centennial, CO  80111
(720) 301-3843
jtutchtonlo@gmail.com

Robert E. Yuhnke
4050 SE Hosner Terrace
Gresham, OR 7080
(303) 499-0425
bob.yuhnke@prodigy.net

Andrea S. Gelfuso
Andrea Gelfuso, Attorney at Law
2402 South Holland Street
Lakewood, CO  80227
(303) 955-1910
Agelfuso6@gmail.com

Carter F. Thurman, Mayte Santacruz
U.S. Department of Justice
Env't & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 305-0465
Carter.thurman@usdoj.gov
Mayte.santacruz@usdoj.gov

David A. Carson
U.S. Department of Justice
Env'l Natural Resources Division
Environmental Defense Section
Denver Place Building
999 18th Street, South Terrace, Suite 370
Denver, CO  80202
(303) 844-1349
David.a.carson@usdoj.gov

Gregory Nicholas Corbin
Milligan Rona Duran & King, LLC
1627 Vine Street
Denver, CO  80206
(720) 414-2000
gnc@mrdklaw.com

Colorado Department of Transportation
Michael P. Lewis, Executive Director
4201 East Arkansas Avenue
Denver, CO  80222

      s/ *Mary Jane Vinette*
      _____

3